## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

CASE NO.:_____

CAPITAL CITY BANK, a Florida
corporation,

      Plaintiff,

v.

BRINK'S U.S., A DIVISION OF
BRINK'S, INCORPORATED, a
Delaware corporation,

      Defendant.

_____/

## COMPLAINT

Plaintiff, CAPITAL CITY BANK, a Florida corporation, ("Plaintiff" or "CCB"), by and

through its undersigned counsel, hereby files its Complaint against Defendant, BRINK'S U.S., A

DIVISION OF BRINK'S INCORPORATED, a Delaware corporation ("Defendant" or

"BRINKS"), and in support thereof states as follows:

### Introduction

1.    This is an action for damages and request for accounting by CCB against BRINKS.

Without advising CCB, BRINKS unilaterally began depositing and crediting monies into a new

bank account - - which CCB has no access to - - for certain interactive teller machines ("ITMs")

that BRINKS services for CCB.  In addition, BRINKS, without providing CCB with a full and

complete accounting, wrongfully debited over $1.6 million dollars from CCB's Truist Bank

account. Even though CCB has (i) demanded an accounting from BRINKS; (ii) provided BRINKS

with all financial documents demonstrating that BRINKS improperly debited at least $1.3 million

dollars; (iii) never received the forensic accounting allegedly completed by BRINKS; and (iv) was advised by BRINKS that BRINKS' own internal financial documents were unreliable, BRINKS continues to wrongfully retain at least $1.3 million dollars that belongs to CCB and has delayed for over 3 months any resolution of this matter. As discussed below, BRINKS has provided its loyal and long-time customer, CCB, with neither answers nor explanations why it continues to wrongfully retain CCB's funds. Thus, BRINKS' wrongful actions by its employees and counsel, have unfortunately necessitated this judicial intervention and the remedies discussed below.

## Parties

2.      Plaintiff, CAPITAL CITY BANK is a Florida banking corporation organized and incorporated under the laws of the State of Florida, within its principal place of business in Tallahassee, Leon County, Florida and is a citizen of the State of Florida for the purposes of diversity jurisdiction. CCB is authorized to bring this action in all respects. CCB was founded in 1895 and now has 57 banking offices and 86 ATMs/ITMs in Florida, Georgia and Alabama.

3.      Defendant, BRINK'S U.S., A DIVISION OF BRINK'S INCORPORATED is a Delaware corporation with its principal place of business in Richmond, Virginia. BRINKS conducts business within Leon County, Florida and is sui juris. BRINKS is a resident of the State of Delaware or the State of Virginia for purposes of establishing diversity jurisdiction.

## Jurisdiction and Venue

4.      Pursuant to 28 U.S.C. §1332(c), this Court has diversity jurisdiction over this action as there is complete diversity of citizenship among the parties and the amount in controversy exceeds $75,000, exclusive of interest, attorneys' fees and costs.

5.      Specifically, there is complete diversity between the parties because the Plaintiff is a Florida citizen with its principal place of business in Leon County, Florida, and the Defendant is a citizen of the State of Delaware and the State of Virginia

6.      This Court has personal jurisdiction over the parties, as BRINKS conducts business in Leon County, Florida.

7.      Under 28 U.S.C. §1391(a), venue is proper in this Court because a substantial part of the events or omissions giving rise to the claims, set forth herein, occurred in the Northern District of Florida.  Under 28 U.S.C. §1391(c), venue is also proper in this Court as BRINKS is subject to personal jurisdiction in Leon County, Florida.

8.      All conditions precedent to the institution and maintenance of this action have been performed, waived or excused.

<u>**General Allegations**</u>

9.      In July 2019, CCB and BRINKS enter into a Services Agreement whereby Brinks serviced approximately 35 ITM's for CCB (the "Services Agreement").  A true and correct copy of the Services Agreement is attached as **Exhibit "A"**.

10.     Under the Services Agreement, each of CCB's ITMs have an established location number where standing money orders are debited from CCB's Truist account ending in '7048' (the "x-7048 Account").  The funds are pulled and bagged by the local BRINKS branch for servicing on the established servicing date.  During servicing, both residual and acceptor cash is pulled by BRINKS and returned by BRINKS for verification.  Once verified, a credit is applied to CCB's x-7048 Account.

11.     The Services Agreement also provides that BRINKS shall deliver or make available to CCB (via fax, e-mail, or otherwise,) settlement and balance reports within two (2) business days

3

following each replenishment of an ATM. (See Section 3C, Scope of Services of the ATM Services Agreement).  The Services Agreement further provides that in the event there is any unused currency collected from an ATM, BRINKS will report the unused amount to CCB by the next business day and will deposit such amounts into CCB's inventory (maintained by BRINKS), unless otherwise mutually agreed to by the parties (See Section 3D, Scope of Service of the ATM Services Agreement).

12.     Even though the Services Agreement provides for "bulk shipments of property", since the inception of the Services Agreement, BRINKS never ordered or deposited funds in bulk to an account on behalf of CCB.  Rather, individual accounts were established and used at Truist Bank (e.g. the x-7048 Account).  This was confirmed in an email from Ms. Julie Brown, Enterprise Account Director / Financial Sector of BRINKS ("Ms. Brown"), to Capital City Bank on August 11, 2022.

13.     Under the Services Agreement and the ordinary and customary business practices involving the settlement and balancing procedures of the parties, BRINKS would deposit and credit replenishment amounts into CCB's x-7048 Account at Truist Bank (the "7048 Account"). Approximately 34 of CCB's ITMs that are serviced by BRINKS follow this settlement procedure.

14.     Notwithstanding the ordinary course of dealing between the parties; without advising CCB (and in violation of its Services Agreement), BRINKS unilaterally began depositing and crediting monies for 5 CCB ITMs into a new bank account at Truist Bank, which BRINKS created on CCB's behalf, (xxxx-5000) (the "x-5000 Account").  CCB has no access to the x-5000 Account; does not receive statements for the x-5000 Account; and does not receive settlement and balance reports for these ITMs.  BRINKS disclosed to CCB that other BRINKS' client were having issues with this type of change, and that BRINKS was making system wide changes to its ITM

4

servicing and accounting practices.  BRINKS further advised that CCB was not the only customer having these issues.

15.     Upon information and belief, the x-5000 Account is an ITM bulk funnel account for lumping of multiple location standing orders for servicing on specific dates.  Upon information and belief, funds are credited and debited from some of CCB's ITM's and moved into the x-5000 Account.  And, in some instances, these funds are being swiped over to CCB's x-7048 Account from the x-5000 Account.  In other instances (as set forth below), when credit does not appear on the Consolidated Activity report from BRINKS reflecting credit to CCB's x-7048 Account, CCB must file and demand verification of ITM funds and the request for the funds to be transferred from the x-5000 Account to CCB's x-7048 Account.

16.     On July 27, 2022, BRINKS deposited $7,899,693 from the x-5000 Account into CCB's x-7048 Account   Concurrently thereafter, Ms. Brown of BRINKS also unilaterally and wrongfully debited $1,608,355 from the x-7048 Account on July 29, 2022 (the "$1.6 million Debit").  According to Ms. Brown, the purpose of the $1.6 million Debit, was to correct an error of monies improperly transferred to the x-7048 Account.  To date, BRINKS has not provided any adequate documentation or a complete accounting to support such error.

17.     Upon realizing the issues set forth herein, CCB immediately notified BRINKS, and, as requested by Brinks, CCB conducted a substantial internal review.

18.     BRINKS, as described below, eventually agreed to have its claims department look at each and every transaction of the $1.6 million Debit and requested CCB's Electronic Journals and other documentation to determine losses regarding such claims.  Therefore, on or about August 19, 2022, CCB uploaded to BRINKS' electronic portal all financial documentation supporting its claims, including but not limited to:  NCR ITM machine electronic journals, NCR content reports,

and research documentation provided by BRINKS.  A true and correct copy of such claims and

reports is below (and does not include coin differences - - only currency):

### Chart "A"

| ITM# | Expected Service Date | Residual Cash Amount | Brinks Research Case # | Brinks Research Claim # |
|---|---|---|---|---|
| 34010 | 3/15/22 | 82,318 | 2472038 | 2481832 |
| 34010 | 3/23/22 | 97,413 | 2476316 | 2481833 |
| 34010 | 3/29/22 | 115,173 | 2472055 | 2481834 |
| 34010 | 4/5/22 | 41,238 | 2472066 | 2481836 |
| 34010 | 4/12/22 | 106,246 | 2472071 | 2481837 |
| 34010 | 4/19/22 | 171,735 | 2455335 | 2481838 |
| 104020 | 10/26/21 | 20,000 | See Note C | See Note C |
| 104020 | 11/18/21 | 31,500 | See Note C | See Note C |
| 104020 | 12/1/2021 | 31,500 | 2472106 | 2481839 |
| 104020 | 12/15/2021 | 31,500 | 2472122 | 2481840 |
| 104020 | 12/29/2021 | 31,500 | 2472132 | 2481842 |
| 104020 | 1/12/2022 | 31,500 | 2472139 | 2481843 (See Note A) |
| 104020 | 1/26/2022 | 31,330 | 2472151 | 2481844 |
| 104020 | 2/9/2022 | 30,800 | 2472159 | 2481845 |
| 104020 | 2/24/22 | 31,500 | 2476328 | 2481847 |
| ~~104020~~ | ~~3/9/22~~ | ~~31,000~~ | ~~2472163~~ | ~~2481850~~ (See Note B) |
| 104020 | 3/16/22 | 30,740 | 2481545 | 2481851 |
| 104020 | 3/23/22 | 31,500 | 2476337 | 2481852 |
| 104020 | 4/13/22 | 30,230 | 2476363 | 2481853 |
| 28010 | 7/6/22 | 159,453 | 2431864 | Claim #1 - 2497739, Claim#2 - 2535666 |
| 36010/36011 | 4/19/22-7/26/22 | 215,710 | 2540879 | 2541038 |

| | |
|---|---|
| **Total** | **$1,352,886** |
| **Less prior to 4/20 received** | **$119,234** |
| **Unidentified Missing Credits:** | **$95,903** |
| **Net underpaid** | **$1,329,555** |

**Note A**:  The expected service date was 1/12/22, and electronic journal does not denote this ITM
was serviced.

6

**Note B:**  Brinks initial told CCB that this POD was not available.  However, after receiving the requested POD from Brinks on November 14, 2022, CCB withdrew this claim.

**Note C:**  Further research into this ITM after November 14, 2022, determined that CCB is missing residual amounts for two separate service dates.  The initial load on 10/26/21 was debited from CCB's x-7048 account for $123,544 (currency & coin).  Per the NCR Content report, the machine was loaded with $103,500 in currency.  There were no transactions on the ITM cash dispenser between the 10/26/21 and 11/18/21 service date, and thus CCB is owed $20,000 for the difference between the initial full load amount and residual cash unload.  Additionally, CCB was debited $31,500 on 11/16/21 from its x-7048 account for the service on 11/18/21.  There were no transactions on the ITM cash dispenser between the 11/18/21 service date and the 12/1/21 service date per the NCR audit log.  Additionally, on the 11/18/21 service date, the machine totals per the NCR Content report indicated a load of only $2,422.00.  Therefore, CCB is owed the full $31,500 in residuals that was debited from CCB's x-7048 account.  The residual missing from the 10/26/21 service date was provided by CCB to Brinks on 6/29/22.

## BRINKS' Breach of the Services Agreement

19.    Brinks breached the Services Agreement by:

(i) Changing 5 of 39 ITM locations to a bulk funding source when processing these ITM locations.  The processing was unilaterally changed by BRINKS to Atlanta (from other regions) without any notification to CCB and without any communication to CCB regarding new settlement/balancing procedures;

(ii) Changing the settlement and balancing procedures for 5 of the 39 ITMs without:

(a) providing CCB with new settlement or balancing procedures (including notification of the x-5000 Account);

(ii) providing reports to CCB of any settlement and balance within two (2) business days following a replenishment; and

(iii) failing to report to CCB unused replacement amounts by the next business day and depositing such amount into CCB's inventory;

(iii) Improperly debiting $1,608,355 from the x-7048 Account on July 29, 2022;

(iv) Continuing to improperly process cash shipments and utilize the bulk account process with regard to the x-5000 Account and x-7048 Account; and

(v)  Improperly withholding from CCB approximately $1,329,055 in funds (as further set forth below).

20.      Because CCB was (i) never notified by BRINKS in advance of the change in the processing and posting procedures for these ITMs; and (ii) never notified by BRINKS or provided the necessary balancing reports by BRINKS, any claims regarding discrepancies or monies remaining in the x-5000 Account that were never transferred to the x-7048 Account are not untimely "losses" under the Services Agreement.  These monies should be credited to CCB, *instanter*.

21.      As discussed below, BRINKS has already advised CCB that it has withdrawn, waived and abandoned any arguments that such monies would be considered uncompensated losses under the Services Agreement because CCB's claims with regard to such funds were untimely.

### CCB'S Extensive Attempts to Mitigate Thwarted by Brinks' Delays

22.      After it submitted its claims and financial information to BRINKS, CCB demanded from Brinks an immediate accounting of all funds transferred from the x5000 Account to the 7048 Account.  CCB has yet to receive same, because as described below, BRINKS continues to investigate but has not provided any concrete answers to CCB.

23.      On August 24, 2022, Dustin W. Lovell of BRINKS indicated to CCB that contract cases take up to 45 days (October 8, 2022) to resolve and confirmed receipt of CCB's claims.  A true and correct copy of such correspondence is attached as **Exhibit "B"**.

24.      On August 26, 2022, BRINKS and CCB conducted a telephone conference to discuss CCB's claims.  During such conference, Mr. Lovell of BRINKS advised he had engaged with a manager of BRINKS group to see if escalation of [CCB's] case could be done.  CCB also

advised BRINKS that it had updated its claims. A true and correct copy of correspondence evidencing such meeting is attached as **Exhibit "C"**.

25. In response to such correspondence, on August 30, 2022, BRINKS advised CCB that it was "putting together an internal meeting to align our internal resources, at which point [BRINKS] will setup a call between both teams to move to a resolution. A true and correct copy of such correspondence is attached as **Exhibit "D"**.

26. However, despite advising CCB that BRINKS was working to resolve its claims, BRINKS, initially, had no intention of resolving any of CCB's claims. On September 7, 2022, Arica Dickens, BRINKS, Atlanta ATM Manager advised Ms. Brown that Thomas Ennis of BRINKS informed BRINKS Atlanta to deny almost all of CCB's claims being untimely. A true and correct copy of such correspondence is attached as **Exhibit "E"**. Notwithstanding, Nikki Six, of BRINKS advised that:

> **Its to my understanding that credit needed to be provided to their Truist account. After settling the atms under the Capital account funds need to be moved to the Truist account**. Has that happened? Even though its passed SLA, we need to provide the credit the customer is looking for.
>
> **See Exhibit "E"**. (Emphasis Added).

In response, Craig Anderson, Regional Vice President of BRINKS responded:

> Yes, that's exactly what they want, they want us to just dump the money into their account and they can't prove it's their money. Julie is running point, we've gave the customer our position and they've done nothing to this point to prove our recon work is wrong in what we owe them. Account reps are involved, everyone has communicated to the customer.
>
> **See Exhibit "E"**.

27. On September 13, 2022, BRINKS and CCB, again, discussed CCB's claims during a telephone conference. CCB advised BRINKS, again, that it had reconciled $6,291,338 (difference between BRINKS' credit and debit in July 2022 into CCB's x-7048 Account) but that

the claims and supporting financial material that CCB had submitted to BRINKS remained outstanding.   During the conference, BRINKS, again, did not provide any answers or any resolution to CCB, even though CCB requested on September 9, 2022, that BRINKS review all of its submitted financial material before the conference to have a productive conversation.  A true and correct copy of such request is attached as **Exhibit "F"**.

28.     Even though CCB provided copies amounts of financial material for each of its claims, BRINKS began denying CCB's claims on September 14, 2022.

29.     On September 19, 2022, Aaron Chaney, Director of Customer Care at BRINKS, contacted CCB.  Mr. Chaney advised that he walked away from the September 13, 2022 call "not feeling good" about it; that "it was not a good look for BRINKS"; and that he wanted to help and was taking over.  Specifically, Mr. Chaney, on behalf of BRINKS advised that:

> (i)  BRINKS intends to immediately transfer to CCB any funds identified by CCB and upon which we all agree are owed to CCB;

> (ii) BRINKS would not apply any claim limitation period under the Services Agreement to CCB's claims;

> (iii) Ms. Brown of BRINKS was not able to provide Mr. Chaney with a clear understanding of CCB's monetary claims; and

> (iv) BRINKS engaged a Subject Matter Expert (SME) with ATM support and engaged BRINKS Director of Security who specializes in forensic accounting to aid in the research and resolution of this matter.

CCB provided BRINKS with its summary of ITM Missing Credits and a related Memorandum as well as additional supporting spreadsheets to help BRINKS and Mr. Chaney with his investigation.  A true and correct copy of correspondence memorializing such conference is attached as **Exhibit "G"**.

30.     On September 23, 2022, Mr. Chaney of BRINKS confirmed that he had received a list of CCB's dispute/claim numbers and other relevant information and advised that CCB's

"research is very comprehensive." Mr. Chaney further advised that it was a "second" attempt to verify the results of CCB's initial research with the hopes of gaining a sense of clarity and alignment around the transactions that took place. Mr. Chaney also advised that it, through its security team, would be performing a complete and thorough investigation. A true and correct copy of Mr. Chaney's correspondence is attached as **Exhibit "H"**.

31. On September 27, 2022, Mr. Chaney, on behalf of BRINKS, inquired whether CCB was using BAMS or Icash reports. CCB confirmed to Brinks that it was using Icash reports. On September 29, 2022, Aaron Chaney, on behalf of Brinks, advised CCB that he had consulted with Brinks' security team who understood CCB's claims. Mr. Chaney further advised that Brinks and its security team was waiting on: (i) Ms. Brown for further accounting detail and expected to have same by September 30, 2022; and (ii) additional details from Brinks' Atlanta Branch.

32. On October 4, 2022, Mr. Chaney advised that BRINKS' Security Team was planning to reconcile its review with Mr. Brown and was focusing on transactions related to one ITM. Mr. Chaney advised that the Security Team should be done with its review by October 7, 2022, and he would contact CCB on October 11, 2022.

33. On or about October 11, 2022, Mr. Chaney advised CCB that:

(i) BRINKS' Security Team finalized their investigation;

(ii) BRINKS' Security Team needed to meet with Ms. Brown and BRINKS' Atlanta Branch;

(iii) BRINKS' Security Team was concerned there were discrepancies with Ms. Brown's data and needed to understand how she calculated the $1.6 Million Debit;

(iv) BRINKS' Security Team was reconciling ITMs from October 2021 through September 2, 2022;

(v) Finally, Mr. Chaney advised he was delayed because Ms. Brown was on vacation and that he asked BRINKS' Security Team to present its finds to CCM when its review was complete.

34.     On October 12, 2022, Mr. Chaney advised CCB that:

(i)   BRINKS' Security Team had finished its review of the electronic transaction in the x-5000 Account and reviewed all activity in the account back to when it was opened in October 2021;

(ii)  BRINKS identified "questionable" transactions that needed to be discussed with BRINKS' Atlanta Branch;

(iii) BRINKS Security Team still needs to reconcile the electronic transactions to physical cash movements at the Atlanta Branch;

(iv)  BRINKS Security Team acknowledged that the processing of cash shipments and utilization of the bulk account process for CCB still has ongoing issues and reiterated that any missing funds would be promptly returned to CCB; and

(v)   BRINKS Security Team needed to meet with BRINKS Atlanta Brank and discuss its findings.

35.     On October 13, 2022, Mr. Chaney advised CCB that:

(i)   BRINKS' Security Team met with BRINKS Atlanta Branch General Manager and requested an explanation of "discrepancies" between the electronic transactions and cash inventory and certain "questionable transactions". Because the BRINKS Atlanta Branch General Manager was not comfortable addressing the transactions conducted by Ms. Brown until she returned from vacation, the BRINKS Security Team would meet with Ms. Brown on October 17, 2022 regarding the $1.6 Million Debit.

(ii)  BRINKS' Security Team was focused on 3 entries in August/September 2022 time frame between the x-5000 Account and the x-7048 Account. These entries are:   $637,000 (9/1/2022);  $256,000 (8/1/2022); and $408,000.[1]

(iii) BRINKS had concerns over the BRINKS' Security Team's focus on discrepancies which had caused ongoing Senior Leadership Changes at BRINKS.  BRINKS' Security Team's Investigation was on BRINKS' Senior Leadership's radar and was somewhat of a "big deal".

---

[1]     CCB has no insight into these transactions as CCB does not have reports showing activity in the x-5000 Account.

36.    On October 14, 2022, CCB contacted Mr. Chaney who advised that:

(i) BRINKS' goal was to provide CCB with concrete answers and the action to be taken by BRINKS on October 18, 2022; and

(ii) Meetings had been set up between BRINKS' Security Team and Ms. Brown on October 17, 2022.

37.    On October 18, 2022, Mr. Chaney advised CCB that:

(i) BRINKS' appointed Ms. Evie Chatty, a new Regional Vice President, to oversee CCB's claims.  Ms. Chatty waived the 30-day look back for dispute case submission as to CCB and has approved the continuation of the investigation by reviewing all activity back to the date of the first "missing" credit for each of CCB's 5 ITM's.

(ii) BRINKS requested electronic journals from CCB's ITM's to review the expected residuals through October 15, 2022, and BRINKS could resolve this matter if it could get the documentation from CCB's ITM activity journals;

(iii)    Because BRINKS' has been processing CCB's ITM residuals incorrectly for such a long period of time, and there have been keying errors for residuals on BRINKS' side, Ms. Chatty could not trust BRINKS' data and wanted to make sure everything was flowing correctly from the ITMs before moving further.  BRINKS could accomplish this in short order after receiving the documentation from CCB; and

(iv) BRINKS advised it had not reviewed any of the documentation in BRINKS' dispute portal that CCB had uploaded in August 2022.

(v) Ms. Chatty will jump right on this matter when CCB provides its electronic journal and will assign the task of reviewing CCB's documentation as a top priority to a BRINKS' employee and CCB could expect a quick turnaround.

A true and correct copy of an email partially memorializing the telephone conference between BRINKS and CCB on October 18, 2022 is attached as **Exhibit "I".**  CCB committed to providing BRINKS with the requested information on or before October 28, 2022.  See **Exhibit "I".**

38.    On October 19, 2022, Mr. Chaney advised BRINKS:

If you can just send it to me, I will get it into the right hands! Can't thank you enough for your partnership with this. To confirm, **Evie is ready to designate someone to review but also alongside them will be our security team and myself.**

A true and correct copy of such correspondence is attached as **Exhibit "J".**

39.    As a result of Brinks breach of the Services Agreement and other legal relief requested, on October 21, 2022, CCB issued formal correspondence to Brinks demanding payment of all monies set forth in **Chart "A"**, including prejudgment interest at the statutory rates set forth under §55.03, *Fla. Stat.* on or before <u>November 2, 2022</u> ("CCB's Demand Letter"). CCB again advised that it would provide individual electronic journals for each of the 5 ITMs (as BRINKS requested) on or before October 28, 2022 as a means to mitigate its damages and avoid judicial intervention. A true and correct copy of such correspondence is attached as **Exhibit "K".** BRINKS' legal department received the correspondence on October 24, 2022. See **Exhibit "K".**

40.    On October 21, 2022, CCB also provided a copy of CCB's Demand Letter to Mr. Chaney. CCB advised Mr. Chaney that it would "continue to work with [him] and Evie, but the bank has also elected to also move forward with its legal remedies." A true and correct copy of this correspondence is attached as **Exhibit "L".**

41.    On October 26, 2022, counsel for BRINKS - - Ms. Gita Athreya - - advised:

We are looking into your allegations and will come back to you soon.

A true and correct copy of such correspondence is attached as **Exhibit "O".**

42.     On October 28, 2022, CCB provided to BRINKS the electronic journals / audit logs for 5 ITM machines from the time the ITM was transferred to BRINKAS Atlanta Branch for serving.[2]  A true and correct copy of such correspondence is attached as **Exhibit "M"**.

43.     On October 31, 2022, BRINKS, through Mr. Chaney, confirmed receipt of the electronic journals / audit logs, which was forwarded to the BRINKS Security Team.  BRINKS further advised that it would provide CCB an update on the progress and requested a meeting on November 2, 2022.  A true and correct copy of such correspondence is attached as **Exhibit "N"**.

44.     **BRINKS unilaterally cancelled the meeting with CCB on November 2, 2022** and further delayed resolution of this matter.

45.     On November 2, 2022, Ms. Athreya - - counsel for BRINKS - - advised of additional delays without providing answers or any further details.

> We have been working with your client for several months now to resolve these issues.  We continue to look into this matter, and I am given to understand that the data requested by Brinks in order to understand the transactions better was provided by your client on the 28th of Oct.  We are actively working on the provided data and should be able to come back to you soon with an update.

A true and correct copy of such correspondence is attached as **Exhibit "O"**.

46.     On November 3, 2022, counsel for CCB requested a conference with counsel for BRINKS.  During the conference, CCB adjourned the telephone conference to that afternoon so as to provide BRINKS with a brief continuance of its deadline in CCB's demand letter to allow BRINKS' counsel to consult with its business team and provide CCB with answers regarding the

---

[2]     CCB advised that the audit logs provided was based solely off the activity of the ITM machines and did not capture CCB's require for payment in instances where a service was not performed and CCB was debited for a load from CCB's x-7048 Account.

resolution of its claims.  A true and correct copy of such correspondence is attached as **Exhibit "P"**.

47.     Rather than provide CCB with any answers, BRINKS' counsel refused to continue the telephone conference and advised on November 3rd that BRINKS "had been reviewing the information" provided by CCB and "would update [CCB] as soon as it had a definitive response. See **Exhibit "P"**.

48.     On November 4, 2022, BRINKS' counsel further advised that:

> …our teams are **working tirelessly to review all necessary data to reach a consensus on the issue.**  They have also been in constant touch with your client and updating them on the progress.  I believe they are scheduled to speak today as well as provide an update on the status.  As previously mentioned, this is a very complicated review process involving multiple transactions and we are confident that we can get you a resolution date soon. We appreciate your patience and understanding until we complete our review of the data.

See **Exhibit "P"**.

49.     On November 4, 2022, **BRINKS, again, unilaterally cancelled its meeting with CCB and refused to respond to any inquiries regarding an update**.  See **Exhibit "P"**.  Since August 19, 2022, BRINKS had provided CCB with no answers and continued to retain over $1.3 million dollars of CCB's funds.

50.     Despite BRINKS' (through Ms. Chaney, Ms. Chatty's and Ms. Athreya's) promises to jump on this matter; waive any limitations periods; provide concrete answers; and tirelessly review all necessary data, BRINKS' continued to delay this matter in bad faith by assigning this matter to Ms. Connelia Savage, its Senior Vice President and General Counsel.  Ms. Savage, on behalf of BRINKS, has wrongfully accused CCB of:

> (i) Failing to notify BRINKS in a timely manner of any issue (even though BRINKS admitted it unilaterally set up the X-5000 Account and failed to notify CCB in violation of the Services Agreement; CCB immediately

brought issues to BRINKS attention in August 2022; BRINKS acknowledged that the processing of cash shipments and utilization of the bulk account process for CCB still has ongoing issues; BRINKS' has been processing CCB's ITM residuals incorrectly for a long period of time; and BRINKS could not trust its own data); and

(ii) Failing to provide appropriate documentation (even though CCB provided BRINKS with NCR Content Reports and NCR Audit Logs for each and every claim in August 2022 (which it had not reviewed as of October 18, 2022), and then provided additional NCR Audit Logs for a broader range of dates to assist Brinks on October 28, 2022).

A true and correct copy of such correspondence is attached as **Exhibit "Q"**.

51.     On November 9, 2022, counsel for CCB requested that Ms. Savage provide:

(i) All documentation BRINKS intended to walk CCB through so CCB could review and understand same prior to any discussion;

(ii) Each and every example of CCB refusing to provide BRINKS with information; and

(iii) Each and every example of CCB delaying resolution of this matter.

A true and correct copy of such correspondence is attached as **Exhibit "R"**.

52.     Neither BRINKS nor Ms. Savage provided CCB with responses to any of its inquiries.  See **Exhibit "S"**.  As noted by Ms. Savage:

> **We do not have any materials to provide ahead of time.**[3]  As to your requests below for additional documentation, we do not feel these are appropriate requests at this time, so will not be sharing anything further with you before Monday's meeting.

See **Exhibit "S"**.

53.     As noted in its correspondence (See **Exhibit "S"**) BRINKS' counsel requested a telephone conference to "to align our customer (your client) on the processes associated with the

---

[3]     Notwithstanding such assertion, during the November 14, 2022 9:30 a.m. call, BRINKS surprised CCB by producing a 2 page detailed *PDF created by Mr. Scott Johnson of BRINKS, which was not fully provided to CCB until 6pm that evening.  No other forensic report or other analysis was provided by BRINKS to CCB.

services provided, discuss where any discrepancies may have come from and, most important, align on a resolution path." CCB agreed to have such meeting on November 14, 2022.

54.    However, during the conference, BRINKS provided no resolution and no answers. Rather, BRINKS addressed only 2 claims (partially) and indicated that after four months of work, an alleged forensic accounting and being unable to rely upon its own documents, BRINKS now requested: (i) certain corresponding documents; (ii) general ledgers; and (iii) outbound Truist Bank inventory statements. A true and correct copy of such correspondence is attached as **Exhibit "T"**. As Ms. Savage stated, BRINKS only "tried to give examples of what is missing and what we are trying to do." See **Exhibit "U"**, referenced below.

55.    BRINKS November 14th request evidenced its lack of good faith because CCB had already provided BRINKS with the documents it requested or was in possession of such documents. In August 2022, CCB provided BRINKS with NCR Content Reports and NCR Audit Logs for each and every claim. Further, upon request of Mr. Chaney, CCB provided BRINKS on October 28, 2022 the same reports for a broader range of dates to assist BRINKS in its alleged forensic review coordinated by Aaron Cheney. Finally, BRINKS was already in possession of documentation for outbound entries posted to CCB's x-5000 Account via BRINKS' own Consolidated Activity Reports for CCB's x-7048 Account and the amounts debited or credited from the x-5000 Account (which Brinks has access to and CCB does not). See **Exhibit "T"**.

56.    On November 16, 2022, CCB provided its Truist Bank Correspondent Account Statements to support its submitted claims. See **Exhibit "T"**. CCB also made its representatives available on November 16th, November 17th, and November 18th to address any and all questions or inquires from BRINKS and encouraged BRINKS to contact its counsel so it could immediately

address any and all issues.  See **Exhibit "T"**.  CCB provided BRINKS a deadline of November 18, 2022 at 5:00 p.m. to resolve all claims and return all wrongfully held funds.  *Id.*

57.    Rather than actively work to resolve this matter, Ms. Savage:

(i)    Wrongfully accused CCB of not raising any concerns regarding requested documentation (despite CCB's requests for documentation evidencing what BRINKS wished to discuss –See **Exhibit "R";** and Ms. Savage's refusal to provide any information—See **Exhibit "T";** and CCB needed to understand what documentation BRINKS needed - - See **Exhibit "U"**); and

(ii) Wrongfully accused CCB of not engaging in discussions during the November 14, 2022 call (because BRINKS surprised CCB by providing a 2 page *PDF document outlining some partial work done by Mr. Scott Johnson of BRINKS).

A true and correct copy of correspondence evidencing such discussions is attached as **Exhibit "U"**.

58.    CCB reiterated that it would make itself available on November 16th, November 17th, and November 18th and requested Ms. Savage provide any exemplars of what was not accurate in CCB's correspondence so it could clear up any misunderstandings.  BRINKS did not contact CCB with any inquiries during this time regarding any of its claims.

59.    At 4:55 p.m. on November 18, 2022 (5 minutes before CCB's deadline), Ms. Savage advised that she:

(i) Spoke with her team *just now*;

(ii) The new information Capital City provided after our call this week was very helpful.  With this new information, we have been able to match up a large number of the transactions;

(iii) [CCB] anticipates [it] will be able to complete the final transaction review over the weekend; and

(iv)  [Ms. Savage] will update [CCB] on Monday.

A true and correct copy of such correspondence is attached as **Exhibit "V"**.

60.     As evidenced by Ms. Savage's November 18, 2022 correspondence, BRINKS continues to delay resolution and act in bad faith by failing to resolve any of CCB'S issues, including returning funds that are owed to CCB, reconcile all transactions, and resolve ongoing accounting discrepancies.

<u>**COUNT I – BREACH OF CONTRACT**</u>

61.     Plaintiff hereby incorporates herein by reference all allegations contained in paragraphs 1 through 62 as if set forth fully herein.

62.     In July 2019, CCB and Brinks enter into a Services Agreement whereby Brinks serviced approximately 35 ITM's for CCB.  **Exhibit "A"**, herein.

63.     Brinks breached the Services Agreement by:

(i) Changing 5 of 39 ITM locations to a bulk funding source when processing these ITM locations.  The processing was unilaterally changed by BRINKS to Atlanta (from other regions) without any notification to CCB and without any communication to CCB regarding new settlement/balancing procedures;

(ii) Changing the settlement and balancing procedures for 5 of the 39 ITMs without:

> (a) providing CCB with new settlement or balancing procedures (including notification of the x-5000 Account);
>
> (ii) providing reports to CCB of any settlement and balance within two (2) business days following a replenishment; and
>
> (iii) failing to report to CCB unused replacement amounts by the next business day and depositing such amount into CCB's inventory;

(iii) Improperly debiting $1,608,355 from the x-7048 Account on July 29, 2022;

(iv) Continuing to improperly process cash shipments and utilize the bulk account process with regard to the x-5000 Account and x-7048 Account;

(v)  Continuing to act in bad faith by delaying resolution of CCB's claims; and

(v)  Improperly withholding from CCB approximately $1,329,055 in funds (as further set forth below).

64.    As a result of BRINKS breach of the Services Agreement, on October 21, 2022, CCB issued formal correspondence to Brinks demanding payment of all monies set forth in Chart "A", including prejudgment interest at the statutory rates set forth under §55.03, Fla. Stat. on or before November 2, 2022.  **Exhibit "K".**

65.    There is now due, owning and unpaid to CCB, as of November 18, 2022, $1,329.055, plus pre-judgment interest, and costs of this lawsuit.

66.    CCB has obligated to pay the undersigned attorneys a reasonable fee for the services rendered herein.

WHEREFORE, CCB respectfully requests that this Court enter judgment in its favor and against BRINKS for actual damages, pre- and post-judgment interest, costs of this lawsuit, and such other and further relief as is just, equitable and proper.

## COUNT II – UNJUST ENRICHMENT

67.    Plaintiff hereby incorporates herein by reference all allegations contained in paragraphs 1 through 10; 16-20; 24-30; 31i, 31iii, 31iv; 32-51, 52ii; and 53-62 as if set forth fully herein.

68.    This is a claim for unjust enrichment against BRINKS.

69.    BRINKS is detaining $1,329,055 of monetary deposits without paying any value to CCB and is obligated to return such funds to CCB.

70.    Instead, BRINKS has failed to disburse these monetary deposits and continues to detain these funds, without paying any value.

71.     Under these circumstances, it is inequitable for BRINKS to retain the benefit of $1,329,055 without payment of value thereof.

WHEREFORE, CCB respectfully requests that this Court enter judgment in its favor and against BRINKS for $1,329,055, pre- and post-judgment interest, costs of this lawsuit, and such other and further relief as is just, equitable and proper.

## COUNT III – EQUITABLE ACCOUNTING

72.     Plaintiff hereby incorporates herein by reference all allegations contained in paragraphs 1 through 62 as if set forth fully herein.

73.     This is an action for an equitable accounting.  CCB has requested and demanded an accounting of monies owed it by BRINKS, who has refused to provide same.

74.     CCB has a right to $1,329,055 in funds that are being wrongfully held by BRINKS, as set forth herein.   However, the amounts recoverable are not as much within CCB's knowledge as they are within BRINKS's knowledge, and BRINKS has failed and refused to account for the monies owed to CCB.

75.     The Services Agreement between CCB and BRINKS involve extensive or complicated accounts, and it is not clear that the remedy at law is as full, adequate and expeditious as it is in equity.

WHEREFORE, CCB respectfully requests that this Court enter judgment in its favor and against BRINKS for an equitable accounting of all monies owed to CCB under the Services Agreement and otherwise, and such other and further relief as is just, equitable and proper.

Dated: November 18, 2022                  GUNSTER, YOAKLEY & STEWART, P.A.
                                          450 East Las Olas Boulevard -- Suite 1400
                                          Fort Lauderdale, Florida 33301
                                          Telephone: (954) 462-2000

                                          By: /s/Eric C. Edison, Esq.

Eric C. Edison, Esq.
Florida Bar No. 010379
Email:  eedison@gunster.com
*Counsel for Capital City Bank*



# SERVICES AGREEMENT
### AGREEMENT # 10000094140

**THIS SERVICES AGREEMENT** (together with Attachment(s) the "Agreement") is made by and between **Brink's U.S., a Division of Brink's, Incorporated** ("Brink's"), a Delaware corporation with offices located at 555 Dividend Drive, Suite 100, Coppell, TX 75019, and CAPITAL CITY BANK ("Customer")(EIN:59-3277398) with offices located at 217 N Monroe St, Tallahassee, FL-32301-7690 is entered into this 01 day of Jul, 2019.

## I.  DEFINITIONS

A.  Attachment - any statement of work ("SOW"), exhibit, schedule, amendment or addendum, all of which are hereby incorporated into this Services Agreement.

B.  Business Day - Monday through Friday except holidays observed by the Facility performing Services hereunder.

C.  Distinctively and Securely Sealed - the container used to hold any Property has been closed and fastened with a device or method of sealing having a distinguishing mark that can be clearly seen and recognized as a unique identification number or special mark that is attached to the container so that the Property is firmly enclosed, and the device or method of sealing cannot be removed and reapplied to the container without leaving visible external evidence of tampering to the container. The container must also include bar coding compliant with Brink's specifications.

D.  Facility(ies) - Brink's location(s) where certain Services will be performed.

E.  Loss - any loss of, damage to, theft of, or destruction of Property for which Customer has provided timely Notice to Brink's.

F.  Maximum Liability Amount - the total liability assumed by Brink's for a Loss as specified in the Attachment(s).

G.  Property - currency, coin, checks, securities, other financial instruments, and other valuables agreed upon by Brink's in an Attachment.

H.  Rates - charges for Services as listed in Attachment(s).

I.  Services - services to be provided to Customer as described in the applicable Attachment(s).

J.  Shipment - one or more sealed or locked container(s) of Property collected or received by Brink's in one place at any one time.

## II.  SERVICES

A.  Brink's shall perform Services as set forth in the SOW(s) signed by Brink's and Customer.  Services will be performed at the Facility(ies) and other locations specified in the applicable SOW. Services will be performed on Business Days, unless otherwise specified in the applicable SOW.  In the event of inclement weather or some other irregularity, performance shall be as mutually agreed upon.  Customer agrees to look only to the provisions of this Agreement and the applicable SOW for any claim against Brink's relating to Customer's Property.

B.  The Customer locations serviced under any SOW, whether listed in an Attachment or otherwise, shall not be deleted by Customer during the term of the Agreement. If a Customer location is moved from one location to another, Brink's will be given the right of first refusal to service such location in its new site.

## III.  TERM

This Agreement shall begin on the earliest effective date of a SOW and shall remain in effect until expiration or termination of all SOWs.

## IV.  CHARGES AND PAYMENT

A.  Within thirty (30) days of the date of each invoice, Customer shall pay Brink's the Rates plus all applicable federal, state and local taxes.  Payment shall be made by check, electronic funds transfer (EFT) or Fedwire.  The Rates may be amended by Brink's invoices, letters, or other writings. Except for Rate changes made pursuant to paragraph 3 of this section, Customer may, by written Notice within twenty (20) days of such invoice, letter or other writing, reject any charges differing from the Rates. Otherwise, Customer shall be deemed to have accepted such increase.  If Customer disputes the accuracy of an invoice, Customer will provide Brink's written Notice of the claimed inaccuracy within sixty (60) days of the invoice date or such claim will be deemed waived by Customer.

B.  All charges remaining unpaid after the invoice due date are subject to an interest charge at the lesser of:  1½% per month; or, the maximum rate allowed by law.

C.  Brink's may increase Rates effective January 1 of each year of this Agreement, Brink's may also increase Rates upon written communication in the event of a change in economic conditions that increases Brink's operating costs. Brink's will provide thirty (30) days prior written notice for a Rate increase due to a change in economic conditions affecting the services in Customer's service areas. A change in economic conditions may include, but is not limited to: (i) an act of God; (ii) an act of war; (iii) an increase in the then current local, state, or federal minimum wage; (iv) legislative or regulatory requirements related to the performance of the Services hereunder; or (v) any event that affects Brink's ability to obtain insurance as required under this Agreement. Customer shall also pay the monthly fuel surcharge as set forth in the Rates for the applicable SOW.

D.  Customer shall pay Brink's for all changes in scope of Services (e.g. frequency, days of service, addition or deletion of locations, etc.) whether requested by Customer in writing or verbally.

## V.  BRINK'S LIABILITY; LIMITATIONS; EXCLUSIONS

A.  Brink's liability for any of its obligations under this Agreement, including without limitation liability for a Loss of a Shipment, shall not exceed the lesser of the following:  (1) Maximum Liability Amount; (2) the actual value of the Loss; or (3) the declared value of the Property subject to the Loss.  Brink's liability shall commence when the Property has been received into Brink's possession and a receipt has been signed by Brink's and shall terminate when the Property has been delivered to the location or agent designated by



EXHIBIT
A

Customer pursuant to the applicable Attachment, or returned to Customer or its agent in the event that delivery cannot reasonably be made by Brink's.

B. Brink's liability for a Loss shall not exceed the Maximum Liability Amount, notwithstanding anything to the contrary contained in any oral statement, invoice, receipt or other document.

C. Brink's shall not be liable for any shortage within any Shipment that: (1) is not Distinctively and Securely Sealed when received by Brink's; (2) occurred before Brink's received possession of the Shipment; or (3) shows no external evidence of tampering when received by Brink's. Brink's shall not be liable for a Loss caused in whole or in part by the criminal acts, or fraud of Customer, its employees, representatives or agents.

D. Does Customer have the ability to reconstruct checks?    **YES** ◇    **NO** ◇
    If "Yes" is checked above, the following language applies:

E. In the event of a Loss of checks or other financial instruments (together "Checks"), Brink's agrees to pay for: (1) Customer's reasonable costs in identifying and replacing the Checks, and (2) the face value of the Checks not identified, except for those Checks which could not be collected on at the time of the Loss up to a combined limit of $25,000 per Shipment. The Maximum Liability Amount that applies to the Loss shall include the referenced $25,000. Customer shall maintain a complete record of all Checks it places in a Shipment and agrees to diligently pursue identification and replacement efforts of the Checks. Customer further agrees to reimburse Brink's for all amounts that are recovered as the result of such efforts.

F. Brink's shall not be liable for non-performance or delays of Service caused by strikes, lockouts or other labor disturbances, riots, authority of law, acts of God, fire, flood, tornado, hurricane, earthquake or means beyond Brink's control.

G. Brink's shall not be liable for a Loss  or for non-performance or delays of Service (or for any cost, expense or liability related thereto) caused by or resulting from: (1) war, hostile or warlike action in time of peace or war, including action in hindering, combating or defending against an actual, impending or expected attack  (a) by any government or sovereign power (*de jure* or *de facto*), or by any authority maintaining or using military, naval or air forces; or (b) by military, naval or air forces; or (c) by an agent of any such government, power, authority or forces; (2) insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering, combating or defending against such an occurrence or confiscation by order of any government or public authority.

H. In no case shall Brink's be liable for Loss or for non-performance or delays of Service (or for any cost, expense or liability related thereto) directly or indirectly caused by or contributed to or arising from: (1) any chemical, biological, bio-chemical or electromagnetic weapon; (2) the use or operation, as a means for inflicting harm, of any computer, computer system, computer software program, malicious code, computer virus or process or any other electronic system; (3) ionizing radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel; (4) the radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof; (5) any weapon or device employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter; or (6) the radioactive, toxic, explosive or other hazardous or contaminating properties of any radioactive matter. The exclusion in sub-clause (6) does not extend to radioactive isotopes, other than nuclear fuel, when such isotopes are being prepared, carried, stored or used for commercial, agricultural, medical, scientific or other similar peaceful purposes.

I. **The following limitation shall not apply to Property in transit.** Brink's shall not be liable for Loss or for nonperformance or delays of Service (or for any liability, cost or expense related thereto) directly or indirectly caused by, resulting from or in connection with, any act of terrorism or any action taken in controlling, preventing, suppressing or in any way relating to any act of terrorism. An act of terrorism means an act, including but not limited to the use of force or violence and/or the threat thereof, of any person or group(s) of persons, whether acting alone or on behalf of or in connection with any organization(s) or government(s), committed for political, religious, ideological or similar purposes including the intention to influence any government and/or to put the public, or any section of the public, in fear.

J. Brink's is not an insurer under this Agreement.  Brink's shall not be liable under any circumstance for consequential, special, incidental, indirect or punitive losses or damages (including lost profits, interest or savings) whether or not caused by the fault or negligence of Brink's and whether or not Brink's had knowledge that such losses or damages might be incurred.

## VI.  INSURANCE

A. Brink's will maintain at all times during the term of this Agreement, insurance payable to Brink's in such amounts and against such risks as shall adequately cover the Maximum Liability Amount.  Upon Customer's written request, Brink's will provide a certificate of insurance.  Customer shall be given thirty (30) days' notice in the event such insurance coverage is canceled, not renewed or materially restricted.

B. Customer shall at all times maintain comprehensive general liability insurance coverage, including contractual liability and premises liability.  Such insurance shall be in reasonable amounts and with insurance companies of recognized financial responsibility.  Upon written request, Customer shall provide to Brink's evidence of such insurance coverage, and Customer agrees that Brink's shall be given thirty (30) days' notice in the event that such insurance coverage shall be canceled, not renewed or materially restricted.

## VII.  FILING OF CLAIMS; PROOF OF LOSS

A. In the event of Loss under this Agreement, Customer shall notify Brink's as soon as practicable upon discovery and provide written Notice to Brink's no more than thirty (30) days after the Property which is the subject of the claim was received into Brink's possession or, as applicable, the inventory report or transaction report indicating a Loss or discrepancy is delivered to Customer. To file a Loss claim, Customer shall submit the claim to Brink's designated website or email address. Timely and complete submission of a Loss claim shall constitute notice of Loss under this paragraph. Customer shall retain a copy of the notification of Loss receipt provided via email or available from the Brink's designated website.  It is Customer's responsibility to promptly verify deliveries, transaction reports and inventory reports, as applicable. Unless such Notice is given by Customer within the time prescribed in this section, Brink's shall not be liable to Customer for any claims made pursuant to this Agreement and Customer shall be deemed to have expressly waived any such claim.

B. Customer shall maintain a record of all Property placed in a Shipment and shall promptly and diligently assist Brink's in establishing the identity of any Loss.  Customer agrees to mitigate its damages in connection with any Loss. Brink's and Customer shall fully cooperate in conducting an investigation, and any question of a Loss or the cause thereof, to the extent reasonably possible, shall be

resolved by the findings of such investigation.

C.  Affirmative written proof of the Loss, subscribed and sworn to by Customer and substantiated by the books, records and accounts of Customer, shall be furnished to Brink's prior to payment of a claim.  Upon payment of a claim by Brink's, Customer hereby assigns to Brink's all of its right, title and interest in the Property which was the subject of the Loss and all rights of recovery against third parties that are the subject of the claim.  Customer will execute any documents necessary to perfect such assignment upon request by Brink's or Brink's insurers.

## VIII.  DEFAULT; REMEDIES; TERMINATION

A.  In the event of early termination under this Agreement and/or any SOW, other than for material breach by Brink's, Customer agrees that actual damages might be sustained by Brink's which are uncertain and would be difficult to determine.  Customer hereby agrees to pay Brink's, as liquidated damages and not as a penalty, all remaining charges that would have been payable to Brink's from the date of termination up to and including the date of expiration of the then current term of this Agreement, plus any capital costs incurred by Brink's as a result of entering into this Agreement.  Should Customer default in the payment to Brink's of any amounts due under this Agreement, then Customer shall also be responsible for interest as provided above and all attorney's fees, costs and expenses incurred by Brink's in the collection of such past due amounts.  The past due amounts, interest and collection costs constitute "Unpaid Obligations".  In addition to the other remedies provided in this Agreement and under applicable law, Customer hereby agrees that Brink's shall be permitted to retain as a credit and to offset against such Unpaid Obligations, on a dollar for dollar basis, any Property which Brink's has in its possession under this Agreement.

B.  Either party may terminate this Agreement in the event of a material breach of this Agreement (including non-payment) by the other party, provided that such breach continues for a period of thirty (30) days after receipt by the breaching party of written Notice from the non-breaching party specifying the nature of such breach.  No written Notice is required if the breach is non-payment of amounts due.  If such breach is cured within the applicable cure period, then this Agreement shall continue in full force and effect.

## IX.  MISCELLANEOUS

A.  Brink's may, in its discretion, choose to perform any or all of the Services itself or through its employees, agents or independent subcontractors.  Any employee, agent or independent subcontractor performing Services shall be entitled to the benefit of every limitation and defense to which Brink's is entitled hereunder.  Notwithstanding the foregoing, Customer shall look solely to Brink's for reimbursement of any Loss in accordance with the terms of this Agreement.

B.  All "Notices" under this Agreement, shall be in writing and shall be deemed given to the other party immediately upon: personal or messenger delivery; proof of transmission date of facsimile transmission; or delivery date of overnight courier or certified mail service.  Notice shall be sent to the party at the address shown on the front of this Agreement or to such other address as either party may specify by Notice.  Notice to Brink's, including bankruptcy notifications, shall also be sent to:  Brink's U.S., Attn: Legal Department, 555 Dividend Drive, Coppell, TX 75019.

C.  Conflicting terms in SOWs will prevail over terms stated in this Services Agreement.  Any pre-printed terms and conditions contained in any purchase order or other similar document used by Customer shall be null and void and have no force or effect in modifying the terms and conditions of this Agreement.

D.  This Agreement governs the rights and responsibilities of Customer and Brink's.  Customer agrees to look only to the provisions of this Agreement for any claim against Brink's relating to Customer's Property.

E.  Each party agrees to comply with all applicable laws, rules and regulations in the performance of its obligations hereunder.

F.  This Agreement and the Attachments, all as may be amended from time to time, constitute the entire agreement and understanding between Customer and Brink's with respect to the subject matter hereof and supersedes all prior agreements and understandings, whether oral or written, express or implied.  Except with respect to Rates, this Agreement may only be amended or superseded by a writing signed by the parties. The sole and exclusive remedies for any breach of the terms and provisions of this Agreement or any claim or cause of action otherwise arising out of or related to this Agreement shall be those remedies available at law or in equity for breach of contract only (as such contractual remedies have been further limited or excluded pursuant to the express terms of this Agreement), and neither of the parties hereto, nor other person or entity will have any other entitlement, remedy or recourse, whether in contract, tort or otherwise.

G.  Neither party shall use the other party's trade name, likeness, trademarks or logo, without the other party's prior written consent.

H.  The failure of either party to require strict adherence to any term of this Agreement will not be deemed a waiver or deprive that party of the right thereafter to insist upon strict adherence to any term of this Agreement.

I.  The illegality or invalidity of any provision of this Agreement shall not affect or invalidate the remainder of the Agreement.

J.  CUSTOMER AND BRINK'S HEREBY KNOWINGLY, VOLUNTARILY AND INTENTIONALLY WAIVE THE RIGHT EITHER MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION ARISING IN ANY WAY OUT OF THIS AGREEMENT.  THIS PROVISION IS A MATERIAL INDUCEMENT FOR THE PARTIES TO ENTER INTO THIS AGREEMENT.

K.  The provisions of this Agreement, which by their sense and context are meant to survive expiration of this Agreement, shall so survive.

L.  Customer's performance of its obligations hereunder shall not be excused or relieved by any claims of Customer to a right(s) of abatement, deduction, setoff or recoupment against Brink's.

M.  THE LAWS OF THE STATE OF DELAWARE SHALL GOVERN THE VALIDITY OF THIS AGREEMENT, THE CONSTRUCTION OF ITS TERMS AND CONDITIONS, THE INTERPRETATION OF THE RIGHTS AND RELATIONSHIPS OF THE PARTIES HERETO, INCLUDING BUT NOT LIMITED TO ALL CLAIMS OR CAUSES OF ACTION (WHETHER BROUGHT IN CONTRACT OR TORT) THAT MAY BE BASED ON, ARISE OUT OF OR RELATE TO THIS AGREEMENT, WITHOUT REGARD TO THE CONFLICTS OF LAWS AND PRINCIPLES THEREOF.

N.  If Customer files for protection under any provision of the Bankruptcy Code (11 U.S.C. S. 101, et seq.), Customer shall file among its first day motions a motion seeking authorization to: (1) assume the Brink's contract, (2) pay Brink's all amounts due under the Agreement on an ongoing basis, and (3) pay as a cure claim any past due amounts. Customer acknowledges that the Services are critical to the continued and uninterrupted operation of its business locations and cash flow. Customer shall promptly seek court authority to treat Brink's as a critical vendor.

O.  To the extent Services include transportation, Customer agrees: (a) that none of the provisions of the Carmack Amendment apply to any obligation of Brink's under this Agreement and (b) Customer shall comply with the Private Express Statutes (United States Postal

Laws and Regulations) in the preparation of all Shipments.

P.   Customer will not assign this Agreement without the prior written consent of Brink's.

Q.   To the extent not prohibited by law, Customer must commence any action, suit, or proceeding for a Loss within twelve (12) months after receipt of the Property into Brink's possession.

R.   This Agreement may be executed in multiple counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

**AGREED AND ACCEPTED:**

**"CUSTOMER":**

**CAPITAL CITY BANK**

By: _Denise A Wils_

(Customer Signature)

Name: _Denise A Wilson_

Title: _SVP, Star U_

**"BRINK'S":**

**Brink's U.S., a Division of Brink's, Incorporated**

By: _Timothy A Witt_

Name: _Timothy A. Witt_

Title: _SVP- US Sales_

# ⫴⫴BRINKS

## ATM SERVICES
### STATEMENT OF WORK
### AGREEMENT # 10000094140   SOW # 16544

This ATM Services Statement of Work (the "ATM SOW") entered into as of **01 Jul, 2019** (the "Effective Date"), is an Attachment to the Master Services Agreement 10000094140 by and between **CAPITAL CITY BANK** ("Customer") and Brink's, U.S., a Division of Brink's, Incorporated ("Brink's"), dated Jul 1, 2019, (the "Agreement").  This ATM SOW and any additional Attachments hereto: (i) are incorporated by reference into the Agreement, (ii) apply only to the ATM Services and not to products or services covered by any other SOW or Attachment under the Agreement, and (iii) amend and supplement the terms of the Agreement as set forth herein. Capitalized terms not defined in this SOW shall have the same meaning as set forth in the Agreement.

**1.   DEFINITIONS**
The following definitions shall apply to this ATM SOW:
A.   **ATM** – an automated teller machine at the locations specified on an exhibit (including Image ATMs as defined below).
B.   **ATM Card** – any card issued by a financial institution which may be used to access an ATM. (including but not limited to debit cards and credit cards).
C.   **ATM Services** – the Services to be performed under this ATM SOW, including but not limited to Replenishment, Deposit Collection, Settlement and Balance, and other related Services, as described in this SOW.
D.   **Balance** – physically counting the currency and other Property removed from an ATM and comparing the amount counted to the Settlement ending balance at such ATM.
E.   **Delivery Location** – the location, including but not limited to an ATM, designated by Customer in an exhibit as the place where Brink's is to deliver Shipments.
F.   **Deposit Collection** - removing deposit envelopes from an ATM, or in the case of Image ATMs, removing checks and currency deposited therein.
G.   **Cash Supervision** – when a Brink's representative either (i) stands by an ATM to protect the Property contained within the ATM vault from holdup or robbery or (ii) removes the Property contained in the ATM safe and retains such Property in Brink's possession while Customer's third party maintenance provider or other person authorized by Customer accesses the ATM equipment.  Cash Supervision does not include the protection of persons or property not defined herein.
H.   **Image ATM** – ATM in which checks deposited into the ATM are scanned and currency deposited into the ATM are validated electronically, and an electronic image and record of the deposit is created at the ATM and transmitted to and stored by the Customer.
I.   **Nominal Shortage** – an individual Loss at an ATM in the amount of five (5) notes or $500.00, whichever is less.
J.   **Pick-Up Location** – the location, including but not limited to the ATM, designated by Customer in an exhibit as the place where Brink's is to receive Shipments.
K.   **Replenishment** – depositing Property into an ATM to replenish currency and other Property, as set forth in this SOW.
L.   **Settlement** – obtaining reports from an ATM which relate to the ATM's beginning balance, withdrawals, ending balance and machine counters, the resetting of control devices and, if required entering the new beginning balance.
M.   **Standard Strap** - currency strapped in denominations and amounts as follows: $500 in $5's; $1,000 in $10's; $2,000 in $20's; $5,000.00 in $50's and $10,000 in $100's.

**2.   TERM**
ATM Services shall begin on the Effective Date and shall continue for a term ending on the last day of the calendar month three (3) years following the Effective Date.  Thereafter this ATM SOW shall automatically renew for successive one (1) year periods until cancelled by either party on at least sixty (60) days written notice prior to the expiration of the then-current term.

**3.   SCOPE OF SERVICES**
A.   Property for Replenishment
    i.   Receipt of Property for Replenishment
    a)   Brink's will arrive at the Pick-Up Location on an on call basis for bulk Shipments of Property for use in Replenishment Services. Customer will arrange for Brink's to receive sufficient currency and other Property (if applicable) to perform the Replenishment Service at least two (2) Business Days prior to the Replenishment date.
    b)   All Shipments of bulk currency must be in Standard Straps (as defined below) that are identifiable as having come from a Federal Reserve Bank (Brink's has either picked up the Shipment at the Federal Reserve Bank or the currency has been received by Brink's in unopened Federal Reserve Bank packaging), or the straps are imprinted with a bank teller stamp or other distinguishing bank mark (all of the foregoing descriptions hereinafter collectively called, a "Bank Strap").  If a Shipment of bulk currency is received by Brink's that does not meet the criteria of a Bank Strap, Brink's will piece count the currency, whether or not instructed to do so by Customer and Customer will be charged for such piece counting at Brink's then current piece counting rate.
    c)   Any Property other than currency to be deposited in an ATM and maintained in Customer's inventory is listed here:
    d)   Except where by its context it is not applicable to the type of non-currency Property identified above, all of the provisions in this SOW applicable to currency, shall also apply to any such non-currency Property.

    ii.   Maintain Inventory
    Brink's shall maintain, in an inventory in the Brink's vault at the Brink's Facility performing Services hereunder, Standard Straps of currency for the purpose of replenishing ATMs. Customer herein expressly authorizes Brink's to release currency from Customer's inventory at any time to replenish ATMs. If instructed by Customer, Brink's will also release Shipments of currency to a Delivery Location that is other than an ATM.  Brink's shall maintain a record of currency retained in Brink's possession on Customer's behalf both as to type, value and where applicable, denomination.  Such record will indicate currency received from a Pick Up Location

and Property deposited into ATMs or delivered to another Delivery Location.  Brink's shall furnish Customer with a copy of this inventory record each Business Day.

iii.   Currency Processing/Cassette Preparation
- Brink's will, upon request from Customer, open each bulk currency Shipment and strap count or piece count the contents as more specifically provided herein below.  Bulk Shipments of currency received by Brink's for processing under this paragraph are subject to the "Bank Strap" criteria set forth in Section 3(A) (i) (b) above. As instructed by Customer, Brink's will use the currency for Replenishment of ATMs and/or make up Shipments for delivery to Customer's designated Delivery Location. Brink's shall promptly report any variance in the count of currency to Customer.  Brink's shall not be responsible for any differences within Standard Straps of currency which Brink's verifies by strap count only, it being understood and agreed that in handling any such Shipment of currency Brink's strap count or piece count, as applicable, shall be binding and conclusive.

Brink's shall not be responsible for any shortage claim as a result of a counterfeit note in any Shipment of currency received by Brink's for processing, whether or not such counterfeit is discovered during processing or after delivery of the Shipment to the Delivery Location.
Place "X" as applicable:

| Denomination | Strap Count | Piece Count |
|---|---|---|
| $1.00 notes | ◊ | ◊ |
| $5.00 notes | ◊ | ◊ |
| $10.00 notes | ◊ | ◊ |

| Denomination | Strap Count | Piece Count |
|---|---|---|
| $20.00 notes | ◊ | ◊ |
| $50.00 notes | ◊ | ◊ |
| $100.00 notes | ◊ | ◊ |

B.   ATM Replenishment
i.   Replenishment Schedule
- Scheduled Replenishment, Replenishment of ATMs listed on an exhibit or as amended from time to time in writing, by mutual agreement of the parties, in accordance with a mutually agreed upon prearranged schedule.
- Non-Scheduled Replenishment.  Replenishment of an urban ATM location that receives Scheduled Replenishment, upon request by Customer, (a) on a day that is different than the scheduled day, and (b) on at least two (2) Business Days advance notice thereof.  Non-Scheduled Replenishment to ATMs in rural or over-the-road (OTR) locations are subject to availability.
- Emergency Replenishment ("E-cash").  Replenishment of an ATM location that receives Scheduled Replenishment, upon request by Customer, (a) on a day that is different than the scheduled day and/or (b) less than two (2) Business Days advance notice thereof. E-cash service is performed in accordance with agreed upon response times on the attached Exhibit A.

ii.   Unless otherwise mutually agreed upon, in writing, all Replenishments of currency shall be performed by the cash swap method, whereby the cassette and/or its contents are removed from the ATM and replaced with a cassette fully loaded with currency.

C.   Settlement and Balance
- Each time Replenishment is performed;
- At the time of each Deposit Collection;
- Other, (specify schedule).
  Customer must provide Brink's with specific Settlement and Balance procedures along with any needed items such as settlement cards or keys needed to perform these Services. Brink's shall deliver or make available to Customer (via fax, e-mail or otherwise) reports of the Settlement and Balance within two (2) Business Days following each Replenishment.

D.   Remove From ATM, at each Replenishment
- Rejected currency.
- Unused currency.
- Captured ATM Cards.
- Diskettes/Electronic Journals.
  In the event there is any unused currency collected from an ATM, Brink's will report the unused amount to Customer by the next Business Day, and will deposit such amounts into Customer's inventory maintained by Brink's under this SOW, unless otherwise mutually agreed to by Customer and Brink's.

E.   Load ATM at each Replenishment with:
- Receipt paper.
- Other Consumables.

F.   Deposit Collection
- Remove deposit envelopes from designated ATMs and deliver as stated in Exhibit A. Frequency and time of collection will be specified in Exhibit A.
- Remove contents for designated Image ATMs, to include checks and currency. Deliver contents as stated in Exhibit A. Frequency and time of collection will be specified in Exhibit A.
- Deliver to Customer's facility adjacent to ATM directly after collection.
- Deliver to Customer's designated Delivery Location local to the Brink's Facility(ies) performing Service.  Frequency and time of collection will be specified in Exhibit A.
- Deliver to the Brink's Facility(ies) local to the ATM location for Deposit Processing,
  All deliveries of Deposit Collections will be made:
  - Same day

◇ Following banking day.

G. Cash Supervision
   ◇ Perform Cash Supervision, upon request.
   Average Response time for availability to perform Cash Supervision  (Hours from time of request until Brink's arrives at ATM). (*Note - This is a scheduled meet on site and response time is dependent on other parties availability.)
   Available times of Cash Supervision Service- a.m. and  p.m.
   Including Holidays?
   ◇ Yes.
   ◇ No.
   If yes, list holidays.

H. Deposit Processing
   ◇ Upon receipt of a Shipment at a facility before the cutoff time designated by Brink's, Brink's will, for each Deposit Collection, process the contents of the deposit envelopes contained therein as per mutually agreed upon procedures.  If there is a variance between Brink's verification count of a Deposit Collection and the dollar amount of the deposits contained therein, Brink's shall identify such variance and follow mutually agreed upon procedures for reporting such variance to Customer.  Brink's count of the contents of any Deposit Collection shall be binding and conclusive.

I. Video Cameras
   Brink's will not perform any services related to video cameras installed at ATM locations unless such Services are mutually agreed upon in writing.

J. Electronic Locks
   Brink's shall not be required to Service any ATM that is not equipped with an electronic locking system that has separate combinations for Brink's and any other party that can access the ATM and a means to identify, through the lock's network access logs, each party who gained access to the ATM.  Unless otherwise specified under Special Instructions in Exhibit A, Customer shall be responsible for the purchase and installation of such locks on all ATMs.

K. Hours of Operation
   The ATM Services will be performed during Brink's regular business hours as scheduled by Brink's Facililty(ies) performing ATM Services at the time Brink's regular route is in the immediate area of the ATM or the Pick-Up Location or the Delivery Location. In the event of inclement weather or some other irregularity, performance shall be as mutually agreed upon.

4. **CUSTOMER'S RESPONSIBILITIES**
   A. Customer shall place all Property to be received by Brink's from Customer, in Distinctively and Securely Sealed containers.
   B. Customer warrants that it shall declare the actual value of each Shipment and each Distinctively and Securely Sealed container in the Shipment received from Customer.  Customer shall not conceal or misrepresent any material fact or circumstance concerning the Property delivered to Brink's and agrees, in the event of Loss, to be bound by its declaration of value.
   C. Customer represents that it is the owner or the agent of the owner of the Property and each of the ATMs serviced under this Agreement. Customer further represents that it is authorized to designate a Service and to accept the terms of this Agreement on behalf of itself and on behalf of all other persons or entities who or which may have or may acquire an interest in the Property, and to bind each itself and all such other persons or entities to the terms of this Agreement. Customer agrees to indemnify, hold harmless and defend Brink's from and against any and all damages, loss, expenses (including attorneys' fees), liability or claims, made at any time, or presented in any manner by any person or entity with respect to the breach of any term(s) of the foregoing representation. To the extent that Customer is not the owner of the Property handled by Brink's under this Agreement, Customer shall indemnify, defend and hold Brink's harmless from and against any and all claims by Customer's customer(s) or others for any claims by such persons for, and to the extent of, (i) amounts paid to Customer by Brink's; and (ii) Losses which are additional to or in excess of the limits of liability assumed by Brink's under this Agreement.
   D. Customer shall indemnify and hold Brink's harmless from and against any and all liabilities, claims, costs, expenses and damages of any nature (including, but not limited to attorney's fees and expenses of litigation) arising out of or relating to disputes or legal actions involving the Services where Brink's acts upon instructions of a third party who is an owner of, a shareholder or investor in, an ATM serviced hereunder, or who has or purports to have the authority from the Customer to instruct Brink's with respect to the Services, including, but not limited to a party who Customer has informed Brink's is authorized to manage the Services on Customer's behalf (all of the foregoing parties collectively a "Third Party ATM Manager"). Brink's shall have no liability for communicating with or disclosing any information in connection with the Service or this Agreement to a Third Party ATM Manager; provided, however, his section does not apply to the willful misconduct of Brink's or its employees or agents.
   E. Customer represents and warrants that each ATM is equipped with a data communication system that records and produces an activity record that identifies each occurrence of mistaken or fraudulent instruction that is electronically transmitted to an ATM. Customer will immediately furnish to Brink's a copy of any ATM activity record, including network and alarm records, whenever so requested.

5. **BRINK'S LIABILITY**
   A. Subject to the terms of the Agreement, BRINK'S **MAXIMUM LIABILITY AMOUNTS** FOR THE SERVICES UNDER THIS SOW SHALL BE AS SET FORTH IN SECTON 5(F) BELOW.
   B. Brink's agrees to assume responsibility against Loss by holdup or robbery of any Property contained in an ATM up to and including the applicable Maximum Liability Amounts during the time period commencing when Brink's employee or agent actually arrives at the room or immediate area of the ATM in the performance of this Agreement and terminating after Brink's employee or agent secures the ATM.
   C. Brink's liability for Loss of any ATM Cards, coupons, event tickets, travelers checks and all non-currency Property contained in

deposit envelopes ("Items"), shall not exceed the cost of identifying and replacing or reprinting such Items.

D. Brink's shall not be liable for all currency accepted into an Image ATM note acceptor, with any discrepancies to be handled as set forth in this SOW. Brink's shall not accept liability for a Loss caused by a technology malfunction; provided, however, Customer may request a meeting between Brink's and Customer to investigate the circumstances and resolve issues to the extent possible.

E. Notwithstanding anything in this ATM Services SOW or the Agreement to the contrary, Brink's shall not be liable for Loss of any Property in an ATM which is caused by, due to the occurrence of, or in the event of (i) any machine or system malfunction not caused by the negligence or willful misconduct of any agent or employee of Brink's, (ii) mistaken or fraudulent instructions electronically transmitted to an ATM by any person other than an employee or agent of Brink's, (iii) authorized or unauthorized access to an ATM or its contents by any person, under contract or otherwise (other than an employee or agent of Brink's) for maintenance or any other reason, (iv) unexplained shortages, (v) access to an ATM by forced entry, or (vi) a Nominal Shortage.

F. Maximum Liability Amount(s):
(Insert applicable liability amounts below)
Per bulk Shipment of currency and other Property transported to a Brink's Facility:
$100,000.00
Per Shipment of currency transported from a Brink's Facility to an ATM location:
$100,000.00
Per ATM (Property deposited into an ATM):
$100,000.00
Per Deposit Collection removed from any one ATM:
$100,000.00
Per Shipment of currency removed from an ATM (exclusive of a Deposit Collection):
$100,000.00
Per Shipment of currency transported from a Brink's Facility to a designated bank:
$100,000.00
Per Inventory of currency maintained at any one Brink's facility on any one day:
$2,000,000.00

G. Brink's and Customer agree that accounting for the liability at each ATM is dependent upon the proper counting and tracking at the ATM. Each ATMs internal counters will be used along with network data for reporting and variance reconciliation. Brink's shares the risk of the liability for the Property at each ATM by using those internal counters and network data along with any other counting capabilities (i.e. electronic journals or transaction history) that can be provided by Customer to accurately reconcile ATM Services. Brink's will only be liable for a Loss of Property in an amount that is net of any positive/negative variance above the allowance 99.96% of the monthly vault order amounts and deposit "through put". Through put means the total volume of funds through each ATM.

H. In the event of any damage or malfunctioning sustained to the ATM equipment while Service is being carried out by Brink's hereunder, Brink's shall only be liable for such damage or malfunctioning to the extent caused by Brink's negligence or willful misconduct.

## 6. RATES

Customer agrees to pay the Rates for the ATM Services as described in Exhibit A. The Rates are based on the number of locations, service days, and frequency of service.  Should Customer require a reduction of 10% or more to the total number of locations, service days, or frequency, the Rates will be subject to a revision.

| "CUSTOMER": | "BRINK'S": |
|---|---|
| CAPITAL CITY BANK | Brink's U.S., a Division of Brink's Incorporated |
| By: _Denise A Wils_ | By: _Timothy A Witt_ |
| (Customer Signature) | |
| Name: _Denise A Wilson_ | Name: _Timothy A. Witt_ |
| Title: _SVP, StarU_ | Title: _SVP- US Sales_ |

# ‖‖‖BRINKS

## ATM EXHIBIT A
### AGREEMENT # 10000094140   SOW # 16544

This Exhibit A is incorporated by reference into the Agreement dated 01 Jul 2019 between BRINK'S U.S., a Division of BRINK'S, INCORPORATED ("Brink's") and CAPITAL CITY BANK ("Customer"). The Rates are based on the number of locations, service days, and frequency of service. Should Customer require a reduction of 10% or more to the total number of locations, service days, or frequency, the Rates will be subject to a revision.

### LOCATIONS

| Price List Name | TERMINAL ID NAME | ADDRESS | BRINK'S FACILITY | Zone | Conjunctive | CR (DPU) | Frequency | SERVICE Day(s) | Ratio/Info | Rate/Trip | eCash Max Response |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Price List 001 | 00N32030 | 10241 N FLORIDA AVE,DUNNELLON,FL-34434-3271 | JACKSONVILLE | RUR | NO | CR | MONTHLY | W | $95.00 | | 0 |
| Price List 001 | ITM 002010 | 217 N CALHOUN ST,TALLAHASSEE,FL-32301-7603 | TALLAHASSEE | URB | YES | CR | WEEKLY | Th | $346.40 | | |
| Price List 001 | ITM 002010 | 217 N CALHOUN ST,TALLAHASSEE,FL-32301-7603 | TALLAHASSEE | URB | YES | DPU | WEEKLY | Th | $103.92 | | |
| Price List 001 | ITM 002020 | 217 N CALHOUN ST,TALLAHASSEE,FL-32301-7603 | TALLAHASSEE | URB | YES | CR | BI-WEEKLY | Th | $173.20 | | |
| Price List 001 | ITM 002020 | 217 N CALHOUN ST,TALLAHASSEE,FL-32301-7603 | TALLAHASSEE | URB | YES | DPU | BI-WEEKLY | Th | $51.96 | | |
| Price List 001 | ITM 002021 | 217 N CALHOUN ST,TALLAHASSEE,FL-32301-7603 | TALLAHASSEE | URB | YES | CR | BI-WEEKLY | Th | $173.20 | | |
| Price List 001 | ITM 000021 | 217 N CALHOUN ST,TALLAHASSEE,FL-32301-7603 | TALLAHASSEE | URB | YES | DPU | BI-WEEKLY | Th | $51.96 | | |
| Price List 001 | ITM 43010 | 3513 APALACHEE PKWY,TALLAHASSEE,FL-32311-5305 | TALLAHASSEE | URB | YES | DPU | WEEKLY | Th | $103.92 | | |
| Price List 001 | ITM 43010 | 3513 APALACHEE PKWY,TALLAHASSEE,FL-32311-5305 | TALLAHASSEE | URB | YES | CR | WEEKLY | Th | $346.40 | | |
| Price List 001 | ITM022010 | 128 WEST BROAD ST,WHIGHAM,GA-39897 | JACKSONVILLE | OTR | YES | DPU | BI-WEEKLY | M | $51.96 | | |
| Price List 001 | ITM022010 | 128 WEST BROAD ST,WHIGHAM,GA-39897 | JACKSONVILLE | OTR | YES | CR | BI-WEEKLY | M | $173.20 | | |
| Price List 001 | ITM003020 | 1860 CAPITAL CIR NE,TALLAHASSEE,FL-32308-4441 | TALLAHASSEE | URB | NO | DPU | BI-WEEKLY | W | $64.95 | | |
| Price List 001 | ITM003020 | 1880 CAPITAL CIR NE,TALLAHASSEE,FL-32308-4441 | TALLAHASSEE | URB | YES | CR | BI-WEEKLY | W | $184.03 | | |
| Price List 001 | ITM041010 | 6691 THOMASVILLE ROAD,TALLAHASSEE,FL-32312-3836 | TALLAHASSEE | URB | YES | DPU | BI-WEEKLY | W | $51.96 | | |
| Price List 001 | ITM041010 | 6691 THOMASVILLE ROAD,TALLAHASSEE,FL-32312-3836 | TALLAHASSEE | URB | YES | CR | BI-WEEKLY | W | $173.20 | | |
| Price List 001 | ITM044010 | 2692 CRAWFORDVILLE HIGHWAY,CRAWFORDVILLE,FL-32327-2174 | TALLAHASSEE | RUR | YES | DPU | WEEKLY | Th | $103.92 | | |
| Price List 001 | ITM044010 | 2692 CRAWFORDVILLE HIGHWAY,CRAWFORDVILLE,FL-32327-2174 | TALLAHASSEE | RUR | YES | CR | WEEKLY | Th | $346.40 | | |
| Price List 001 | ITM075010 | 343 WEST BASE STREET,MADISON,FL-32340-2001 | TALLAHASSEE | OTR | YES | DPU | WEEKLY | Th | $103.92 | | |
| Price List 001 | ITM075010 | 343 WEST BASE STREET,MADISON,FL-32340-2001 | TALLAHASSEE | OTR | YES | CR | WEEKLY | Th | $346.40 | | |
| Price List 001 | ITM17010 | 5200 W NEWBERRY RD STE A,GAINESVILLE,FL-32607-2151 | JACKSONVILLE | URB | NO | DPU | BI-WEEKLY | Th | $64.95 | | |
| Price List 001 | ITM17010 | 5200 W NEWBERRY RD STE A,GAINESVILLE,FL-32607-2151 | JACKSONVILLE | URB | NO | CR | BI-WEEKLY | Th | $184.03 | | |
| Price List 001 | ITM17020 | 5200 W NEWBERRY RD,GAINESVILLE,FL-32607-6104 | JACKSONVILLE | URB | NO | DPU | BI-WEEKLY | Th | $64.95 | | |
| Price List 001 | ITM17020 | 5200 W NEWBERRY RD,GAINESVILLE,FL-32607-6104 | JACKSONVILLE | URB | NO | CR | BI-WEEKLY | Th | $184.03 | | |

| Price List Name | TERMINAL ID /NAME | ADDRESS | BRINK'S FACILITY | Zone | Conjunctive | CR /DPU | Frequency | SERVICE Day(s) | Rate/Mo | Rate/Trip | eCash Max Response |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Price List 001 | ITM17021 | 5200 W NEWBERRY RD,GAINESVILLE,FL-32607-6104 | JACKSONVILLE | URB | YES | DPU | BI-WEEKLY | Th | $51.96 | | |
| Price List 001 | ITM17021 | 5200 W NEWBERRY RD,GAINESVILLE,FL-32607-6104 | JACKSONVILLE | URB | YES | CR | BI-WEEKLY | Th | $173.20 | | |
| Price List 001 | ITM79010 | 1301 METROPOLITAN BOULEVARD,TALLAHASSEE,FL-32308-3738 | TALLAHASSEE | URB | YES | DPU | BI-WEEKLY | Th | $51.96 | | |
| Price List 001 | ITM79010 | 1301 METROPOLITAN BOULEVARD,TALLAHASSEE,FL-32308-3738 | TALLAHASSEE | URB | YES | CR | BI-WEEKLY | Th | $173.20 | | |
| Price List 001 | ITM82010 | 10241 N FLORIDA AVE,DUNNELLON,FL-34434-3271 | JACKSONVILLE | URB | NO | CR | BI-WEEKLY | W | $184.03 | | 0 |
| Price List 001 | ITM82010 | 10241 N FLORIDA AVE,DUNNELLON,FL-34434-3271 | JACKSONVILLE | URB | NO | DPU | WEEKLY | W | $129.90 | | 0 |
| Price List 001 | ITM82020 | 10241 N FLORIDA AVE,DUNNELLON,FL-34434-3271 | JACKSONVILLE | URB | NO | CR | BI-WEEKLY | W | $184.03 | | 0 |
| Price List 001 | ITM82020 | 10241 N FLORIDA AVE,DUNNELLON,FL-34434-3271 | JACKSONVILLE | URB | NO | DPU | WEEKLY | W | $129.90 | | 0 |
| Price List 001 | ITM82021 | 10241 NORTH FLORIDA AVENUE,CITRUS SPRINGS,FL-34434 | JACKSONVILLE | RUR | NO | DPU | WEEKLY | W | $129.90 | | 0 |
| Price List 001 | ITM82021 | 10241 NORTH FLORIDA AVENUE,CITRUS SPRINGS,FL-34434 | JACKSONVILLE | RUR | NO | CR | BI-WEEKLY | W | $205.68 | | 0 |

Price List 001

| Service Description | Urban | Rural | Over the Road |
|---|---|---|---|
| ATM First Line Maintenance | $85.00 | $85.00 | |
| Holiday Service DPU Envelope | $65.00 | $65.00 | $65.00 |
| Holiday Service DPU Image | $65.00 | $65.00 | $65.00 |
| Holiday Service Replenishment | $65.00 | $65.00 | $65.00 |
| Meet On Site | $85.00 | $85.00 | |
| Unscheduled DPU Envelope | $75.00 | $95.00 | $125.00 |
| Unscheduled DPU Image | $75.00 | $95.00 | $125.00 |
| Unscheduled Service Replenishment | $75.00 | $95.00 | $125.00 |

ATM Exhibit A (V. 2017-08)

| Service Description | Over Lap Code | Rate | Rural | Urban |
|---|---|---|---|---|
| ATM First Line Maintenance - Per Hour | (0-1)Hrs | $90/Hr | | |
| | (1-1.25)/Hrs | $22.5/Hr | | |
| | (1.25-1.5)/Hrs | $22.5/Hr | | |
| | (1.5-1.75)/Hrs | $22.5/Hr | | |
| | (1.75-2)/Hrs | $22.5/Hr | | |
| | (2-2.25)/Hrs | $22.5/Hr | | |
| | (2.25-2.5)/Hrs | $22.5/Hr | | |
| | (2.5-2.75)/Hrs | $22.5/Hr | | |
| | (2.75-3)/Hrs | $22.5/Hr | | |
| | (3-3.25)/Hrs | $22.5/Hr | | |
| | (3.25-3.5)/Hrs | $22.5/Hr | | |
| | (3.5-3.75)/Hrs | $22.5/Hr | | |
| | (3.75-4)/Hrs | $22.5/Hr | | |
| | (4-4.25)/Hrs | $22.5/Hr | | |
| | (4.25-4.5)/Hrs | $22.5/Hr | | |
| | (4.5-4.75)/Hrs | $22.5/Hr | | |
| | (4.75-5)/Hrs | $22.5/Hr | | |
| | (5-5.25)/Hrs | $22.5/Hr | | |
| | (5.25-5.5)/Hrs | $22.5/Hr | | |
| | (5.5-5.75)/Hrs | $22.5/Hr | | |
| | (5.75-6)/Hrs | $22.5/Hr | | |
| | (6-6.25)/Hrs | $22.5/Hr | | |
| | (6.25-6.5)/Hrs | $22.5/Hr | | |
| | (6.5-6.75)/Hrs | $22.5/Hr | | |
| | (6.75-7)/Hrs | $22.5/Hr | | |
| | (7-7.25)/Hrs | $22.5/Hr | | |
| | (7.25-7.5)/Hrs | $22.5/Hr | | |
| | (7.5-7.75)/Hrs | $22.5/Hr | | |
| | (7.75-8)/Hrs | $22.5/Hr | | |
| | (8-8.25)/Hrs | $22.5/Hr | | |
| | (8.25-8.5)/Hrs | $22.5/Hr | | |
| | (8.5-8.75)/Hrs | $22.5/Hr | | |
| | (8.75-9)/Hrs | $22.5/Hr | | |
| | (9-9.25)/Hrs | $22.5/Hr | | |
| | (9.25-9.5)/Hrs | $22.5/Hr | | |
| | (9.5-9.75)/Hrs | $22.5/Hr | | |
| | (9.75-10)/Hrs | $22.5/Hr | | |
| | (10-10.25)/Hrs | $22.5/Hr | | |
| | (10.25-10.5)/Hrs | $22.5/Hr | | |
| | (10.5-10.75)/Hrs | $22.5/Hr | | |
| | (10.75-11)/Hrs | $22.5/Hr | | |
| | (11-11.25)/Hrs | $22.5/Hr | | |
| | (11.25-11.5)/Hr | $22.5/Hr | | |
| | (11.5-11.75)/Hr | $22.5/Hr | | |
| | (11.75-12)/Hrs | $22.5/Hr | | |

CAPITAL CITY BANK

| Service Description | Urban | | Rural | | Over the Road | |
|---|---|---|---|---|---|---|
| Emergency Cash Replenishment Trip Per Hour | $300/Hr | (0-2)/Hrs | $700/Hr | (0-4)/Hrs | $1200/Hr | (0-6)/Hrs |
| | $150/Hr | (2-3)/Hrs | $175/Hr | (4-5)/Hrs | $200/Hr | (6-7)/Hrs |
| | $150/Hr | (3-4)/Hrs | $175/Hr | (5-6)/Hrs | $200/Hr | (7-8)/Hrs |
| | $150/Hr | (4-5)/Hrs | $175/Hr | (6-7)/Hrs | $200/Hr | (8-9)/Hrs |
| | $150/Hr | (5-6)/Hrs | $175/Hr | (7-8)/Hrs | $200/Hr | (9-10)/Hrs |
| | $150/Hr | (6-7)/Hrs | $175/Hr | (8-9)/Hrs | | |
| | $150/Hr | (7-8)/Hrs | $175/Hr | (9-10)/Hrs | | |
| | $150/Hr | (8-9)/Hrs | | | | |
| | $150/Hr | (9-10)/Hrs | | | | |
| Install and Deinstall Per Hour | $300/Hr | (0-2)/Hrs | $700/Hr | (0-4)/Hrs | $1200/Hr | (0-6)/Hrs |
| | $150/Hr | (2-3)/Hrs | $175/Hr | (4-5)/Hrs | $200/Hr | (6-7)/Hrs |
| | $150/Hr | (3-4)/Hrs | $175/Hr | (5-6)/Hrs | $200/Hr | (7-8)/Hrs |
| | $150/Hr | (4-5)/Hrs | $175/Hr | (6-7)/Hrs | $200/Hr | (8-9)/Hrs |
| | $150/Hr | (5-6)/Hrs | $175/Hr | (7-8)/Hrs | $200/Hr | (9-10)/Hrs |
| | $150/Hr | (6-7)/Hrs | $175/Hr | (8-9)/Hrs | | |
| | $150/Hr | (7-8)/Hrs | $175/Hr | (9-10)/Hrs | | |
| | $150/Hr | (8-9)/Hrs | | | | |
| | $150/Hr | (9-10)/Hrs | | | | |

ATM Exhibit A (V. 2017-08)

CAPITAL CITY BANK

| Service Description | | | | |
|---|---|---|---|---|
| Meet On Site Per Hour | (0-1)/Hrs | | | $90/Hr |
| | (1-1.25)/Hrs | | | $22.5/Hr |
| | (1.25-1.5)/Hrs | | | $22.5/Hr |
| | (1.5-1.75)/Hrs | | | $22.5/Hr |
| | (1.75-2)/Hrs | | | $22.5/Hr |
| | (2-2.25)/Hrs | | | $22.5/Hr |
| | (2.25-2.5)/Hrs | | | $22.5/Hr |
| | (2.5-2.75)/Hrs | | | $22.5/Hr |
| | (2.75-3)/Hrs | | | $22.5/Hr |
| | (3-3.25)/Hrs | | | $22.5/Hr |
| | (3.25-3.5)/Hrs | | | $22.5/Hr |
| | (3.5-3.75)/Hrs | | | $22.5/Hr |
| | (3.75-4)/Hrs | | | $22.5/Hr |
| | (4-4.25)/Hrs | | | $22.5/Hr |
| | (4.25-4.5)/Hrs | | | $22.5/Hr |
| | (4.5-4.75)/Hrs | | | $22.5/Hr |
| | (4.75-5)/Hrs | | | $22.5/Hr |
| | (5-5.25)/Hrs | | | $22.5/Hr |
| | (5.25-5.5)/Hrs | | | $22.5/Hr |
| | (5.5-5.75)/Hrs | | | $22.5/Hr |
| | (5.75-6)/Hrs | | | $22.5/Hr |
| | (6-6.25)/Hrs | | | $22.5/Hr |
| | (6.25-6.5)/Hrs | | | $22.5/Hr |
| | (6.5-6.75)/Hrs | | | $22.5/Hr |
| | (6.75-7)/Hrs | | | $22.5/Hr |
| | (7-7.25)/Hrs | | | $22.5/Hr |
| | (7.25-7.5)/Hrs | | | $22.5/Hr |
| | (7.5-7.75)/Hrs | | | $22.5/Hr |
| | (7.75-8)/Hrs | | | $22.5/Hr |
| | (8-8.25)/Hrs | | | $22.5/Hr |
| | (8.25-8.5)/Hrs | | | $22.5/Hr |
| | (8.5-8.75)/Hrs | | | $22.5/Hr |
| | (8.75-9)/Hrs | | | $22.5/Hr |
| | (9-9.25)/Hrs | | | $22.5/Hr |
| | (9.25-9.5)/Hrs | | | $22.5/Hr |
| | (9.5-9.75)/Hrs | | | $22.5/Hr |
| | (9.75-10)/Hrs | | | $22.5/Hr |
| | (10-10.25)/Hrs | | | $22.5/Hr |
| | (10.25-10.5)/Hrs | | | $22.5/Hr |
| | (10.5-10.75)/Hrs | | | $22.5/Hr |
| | (10.75-11)/Hrs | | | $22.5/Hr |
| | (11-11.25)/Hrs | | | $22.5/Hr |
| | (11.25-11.5)/Hrs | | | $22.5/Hr |
| | (11.5-11.75)/Hrs | | | $22.5/Hr |
| | (11.75-12)/Hrs | | | $22.5/Hr |

CAPITAL CITY BANK

# ⦀⦀⦀BRINKS

## FUEL SURCHARGE EXHIBIT
### AGREEEMENT NO. 16544

This Fuel Surcharge Exhibit is incorporated by reference into the Agreement dated 01-Jul-2019 (and, where applicable, any Attachments thereto) between **Brink's U.S., a Division of Brink's, Incorporated** ("Brink's") and **CAPITAL CITY BANK** ("Customer").

A fuel surcharge will be determined on a monthly basis according to the charts and formula below.  The formula to determine the fuel surcharge is:

**Applicable fee(s) for Services requiring/involving transportation for the month x fuel surcharge percentage as set forth in the table below = Total fuel surcharge**

The fuel surcharge is based on the Retail On-Highway Diesel Fuel Prices reported by the U.S. Energy Information Administration (eia.doe.gov.), regardless of the fuel type used to perform services for any Customer location.

### FUEL PRICE/GAL

| Minimum | Maximum | Surcharge | | Minimum | Maximum | Surcharge |
|---------|---------|-----------|---|---------|---------|-----------|
| $0.01 | $2.50 | 6.25% | | $3.96 | $4.00 | 13.75% |
| $2.51 | $2.55 | 6.50% | | $4.01 | $4.05 | 14.00% |
| $2.56 | $2.60 | 6.75% | | $4.06 | $4.10 | 14.25% |
| $2.61 | $2.65 | 7.00% | | $4.11 | $4.15 | 14.50% |
| $2.66 | $2.70 | 7.25% | | $4.16 | $4.20 | 14.75% |
| $2.71 | $2.75 | 7.50% | | $4.21 | $4.25 | 15.00% |
| $2.76 | $2.80 | 7.75% | | $4.26 | $4.30 | 15.25% |
| $2.81 | $2.85 | 8.00% | | $4.31 | $4.35 | 15.50% |
| $2.86 | $2.90 | 8.25% | | $4.36 | $4.40 | 15.75% |
| $2.91 | $2.95 | 8.50% | | $4.41 | $4.45 | 16.00% |
| $2.96 | $3.00 | 8.75% | | $4.46 | $4.50 | 16.25% |
| $3.01 | $3.05 | 9.00% | | $4.51 | $4.55 | 16.50% |
| $3.06 | $3.10 | 9.25% | | $4.56 | $4.60 | 16.75% |
| $3.11 | $3.15 | 9.50% | | $4.61 | $4.65 | 17.00% |
| $3.16 | $3.20 | 9.75% | | $4.66 | $4.70 | 17.25% |
| $3.21 | $3.25 | 10.00% | | $4.71 | $4.75 | 17.50% |
| $3.26 | $3.30 | 10.25% | | $4.76 | $4.80 | 17.75% |
| $3.31 | $3.35 | 10.50% | | $4.81 | $4.85 | 18.00% |
| $3.36 | $3.40 | 10.75% | | $4.86 | $4.90 | 18.25% |
| $3.41 | $3.45 | 11.00% | | $4.91 | $4.95 | 18.50% |
| $3.46 | $3.50 | 11.25% | | $4.96 | $5.00 | 18.75% |
| $3.51 | $3.55 | 11.50% | | $5.01 | $5.05 | 19.00% |
| $3.56 | $3.60 | 11.75% | | $5.06 | $5.10 | 19.25% |
| $3.61 | $3.65 | 12.00% | | $5.11 | $5.15 | 19.50% |
| $3.66 | $3.70 | 12.25% | | $5.16 | $5.20 | 19.75% |
| $3.71 | $3.75 | 12.50% | | $5.21 | $5.25 | 20.00% |
| $3.76 | $3.80 | 12.75% | | $5.26 | $5.30 | 20.25% |
| $3.81 | $3.85 | 13.00% | | $5.31 | $5.35 | 20.50% |
| $3.86 | $3.90 | 13.25% | | $5.36 | $5.40 | 20.75% |
| $3.91 | $3.95 | 13.50% | | $5.41 | $5.45 | 21.00% |
| | | | | $5.46 | $5.50 | 21.25% |

Note:  For every additional $.05 increase in fuel price will result in an additional .25% in surcharge.

**From:** Dustin Lovell [mailto:Dustin.Lovell@brinksinc.com]
**Sent:** Wednesday, August 24, 2022 2:37 PM
**To:** Thompson, Cheryl <Thompson.Cheryl@ccbg.com>; Craig Anderson <Craig.Anderson@brinksinc.com>; Julie Brown <Julie.Brown@brinksinc.com>
**Cc:** Nicola, Whitney <Nicola.Whitney@ccbg.com>; Cilar, Daniel A. <Cilar.Daniel@ccbg.com>; Larkin, Jep <Larkin.Jep@ccbg.com>; Chris Scholz <Christopher.Scholz@brinksinc.com>; Wilson, Denise <Wilson.Denise@ccbg.com>; Mayo, Rod <Mayo.Rod@ccbg.com>; Corum, Beth <Corum.Beth@ccbg.com>
**Subject:** [EXTERNAL]RE: FOLLOWUP - URGENT: Capital City Bank - ATM Bulk Account

Good Afternoon Cheryl,
Per contract claim cases can take up to 45 days to resolve after the case is entered.  We have received the case numbers and the team is working on them.  When a response is provided, we will communicate back to your team.

See below for the current state of the cases:

| 6 | 02481853 | Rod Mayo | CAPITAL CITY BANK – P( |
| 7 | 02481852 | Rod Mayo | CAPITAL CITY BANK – P( |
| 8 | 02481851 | Rod Mayo | CAPITAL CITY BANK – P( |
| 9 | 02481850 | Rod Mayo | CAPITAL CITY BANK – P( |
| 10 | 02481847 | Rod Mayo | CAPITAL CITY BANK – P( |
| 11 | 02481845 | Rod Mayo | CAPITAL CITY BANK – P( |
| 12 | 02481844 | Rod Mayo | CAPITAL CITY BANK – P( |
| 13 | 02481843 | Rod Mayo | CAPITAL CITY BANK – P( |
| 14 | 02481842 | Rod Mayo | CAPITAL CITY BANK – P( |
| 15 | 02481840 | Rod Mayo | CAPITAL CITY BANK – P( |
| 16 | 02481839 | Rod Mayo | CAPITAL CITY BANK – P( |
| 17 | 02481838 | Rod Mayo | CAPITAL CITY BANK – P( |
| 18 | 02481837 | Rod Mayo | CAPITAL CITY BANK – P( |
| 19 | 02481836 | Rod Mayo | CAPITAL CITY BANK – P( |
| 20 | 02481834 | Rod Mayo | CAPITAL CITY BANK – P( |
| 21 | 02481833 | Rod Mayo | CAPITAL CITY BANK – P( |
| 22 | 02481832 | Rod Mayo | CAPITAL CITY BANK – P( |

1



EXHIBIT
B

Best Regards,

**Dustin W. Lovell**

VP of Sales, Regional FI's
Brink's U.S. | A Division of Brink's, Incorporated
Mobile: (303)646-7623
Email: Dustin.Lovell@Brinksinc.com
www.brinksinc.com

**Check out our "Brink's Complete Solution" on Vimeo.**
**The video is available for your viewing pleasure at https://vimeo.com/441475326**





**From:** Thompson, Cheryl
**Sent:** Tuesday, August 30, 2022 2:46 PM
**To:** 'Dustin Lovell' <Dustin.Lovell@brinksinc.com>
**Cc:** Nicola, Whitney <Nicola.Whitney@ccbg.com>; Cilar, Daniel A. <Cilar.Daniel@ccbg.com>; Larkin, Jep <Larkin.Jep@ccbg.com>; Chris Scholz <Christopher.Scholz@brinksinc.com>; Wilson, Denise <Wilson.Denise@ccbg.com>; Mayo, Rod <Mayo.Rod@ccbg.com>; Corum, Beth <Corum.Beth@ccbg.com>; Craig Anderson <Craig.Anderson@brinksinc.com>; Julie Brown <Julie.Brown@brinksinc.com>
**Subject:** RE: [EXTERNAL]RE: FOLLOWUP - URGENT: Capital City Bank - ATM Bulk Account

Dustin,

Thank you for your time last Friday, August 26, 2022. During that call, you engaged in communication with the manager of Brink's claims group to see if escalation of our case could be done. We also discussed that two of our claims were answered by Brink's, and Brink's requested that we close them (see attached). Because Capital City Bank does not agree to close such claims, the bank updated the cases with the following response:

The document provided by Brinks does not resolve this case, and Capital City Bank demands that this case remain open. The bank further requests an immediate accounting record reflecting the date that the referenced Credit was transferred to the Bank's Truist account ending in '7048' from this Capital City Bank ATM account '5000'. Please note that this Credit was not included in the accounting support reconciliation that was provided to the bank on 7/30/2022 by Julie Brown which reflected a net payment of $6,291,338 from the ATM Bulk transfer account "5000". This net payment reflected a $7,899,693 payment on 7/27/2022 less a $1,608,355 debit from "7048" on 7/29/2022.

We ended our call on Friday with your request for me to contact you should I have any trouble with the cases. You also mentioned that Phil was assigned to all of our cases. The attached responses are from Christina. Is Christina communicating with Phil? I ask because several of our claims will have the same response with use (financial details may differ) so a collective force working these disputes should expedite resolution.

Capital City Bank requests your immediate assistance with this. I look forward to hearing back from you shortly.

Cheryl



**CHERYL THOMPSON** | SVP of Operations
1860 Capital Circle NE | Tallahassee, FL 32308
850.402.7052 office | 850.661-6102 cell | thompson.cheryl@ccbg.com

1



EXHIBIT

E

**From:** Dustin Lovell <mailto:Dustin.Lovell@brinksinc.com>
**Sent:** Tuesday, August 30, 2022 3:00 PM
**To:** Thompson, Cheryl <Thompson.Cheryl@ccbg.com>
**Cc:** Nicola, Whitney <Nicola.Whitney@ccbg.com>; Cilar, Daniel A. <Cilar.Daniel@ccbg.com>; Larkin, Jep <Larkin.Jep@ccbg.com>; Chris Scholz <Christopher.Scholz@brinksinc.com>; Wilson, Denise <Wilson.Denise@ccbg.com>; Mayo, Rod <Mayo.Rod@ccbg.com>; Corum, Beth <Corum.Beth@ccbg.com>; Craig Anderson <Craig.Anderson@brinksinc.com>; Julie Brown <Julie.Brown@brinksinc.com>
**Subject:** RE: [EXTERNAL]RE: FOLLOWUP - URGENT: Capital City Bank - ATM Bulk Account

Good Afternoon,
We are putting together an internal meeting to align our internal resources, at which point we will setup a call between both teams to move to a resolution.


Best Regards,

**Dustin W. Lovell**

VP of Sales, Regional FI's
Brink's U.S. | A Division of Brink's, Incorporated
Mobile: (303)646-7623
Email: Dustin.Lovell@Brinksinc.com
www.brinksinc.com

**Check out our "Brink's Complete Solution" on Vimeo.**
The video is available for your viewing pleasure at https://vimeo.com/441475326









**From:** Craig Anderson
**Sent:** Wednesday, September 7, 2022 12:56 PM
**To:** Nikki Six; Arica Dickens; Katrina Stewart; Julie Brown
**Cc:** Joshua Peterson; Ricky Hill; Rich Stewart
**Subject:** RE: Capital City Bank Salesforce Claims

Yes, that's exactly what they want, they want us to just dump the money into their account and they can't prove it's their money.

Julie is running point, we've gave the customer our position and they've done nothing to this point to prove our recon work is wrong in what we owe them.

Account reps are involved, everyone has communicated to the customer.

**Craig Anderson**
Regional Vice President – Region 9

1



**Brink's U.S. |** *A Division of Brink's, Incorporated*
299 Hermitage Ave
Nashville, TN 37210
Mobile: (219) 201-2878 | Email: Craig.Anderson@Brinksinc.com
http://www.brinks.com/



**From:** Nikki Six
**Sent:** Wednesday, September 7, 2022 12:51 PM
**To:** Arica Dickens <Arica.Dickens@brinksinc.com>; Katrina Stewart <Katrina.Stewart@brinksinc.com>; Julie Brown <Julie.Brown@brinksinc.com>
**Cc:** Joshua Peterson <Joshua.Peterson@brinksinc.com>; Ricky Hill <William.Hill@brinksinc.com>; Rich Stewart <Richard.Stewart@brinksinc.com>; Craig Anderson <Craig.Anderson@brinksinc.com>
**Subject:** RE: Capital City Bank Salesforce Claims

Its to my understanding that credit needs to be provided to their Truist account. After settling the atms under the Capital account funds need to be moved to the Truist account. Has that happened? Even though its passed SLA we need to provide the credit the customer is looking for.

**From:** Arica Dickens <Arica.Dickens@brinksinc.com>
**Sent:** Wednesday, September 7, 2022 12:42 PM
**To:** Katrina Stewart <Katrina.Stewart@brinksinc.com>; Julie Brown <Julie.Brown@brinksinc.com>
**Cc:** Joshua Peterson <Joshua.Peterson@brinksinc.com>; Ricky Hill <William.Hill@brinksinc.com>; Rich Stewart <Richard.Stewart@brinksinc.com>; Craig Anderson <Craig.Anderson@brinksinc.com>; Nikki Six <Nicole.Six@brinksinc.com>
**Subject:** Capital City Bank Salesforce Claims

Afternoon Julie,


Brinks Atlanta was informed by Thomas Ennis to deny the following Capital City Bank Claims.
Seeking your help to resolve these claims with the customer as they were filed outside of SLA.
I've listed the Salesforce cases below.

| 02481852 | BT- 1473000 | ATLANTA | CAPITAL CITY BANK | CIT |
| 02481847 | BT- 1473068 | ATLANTA | CAPITAL CITY BANK | ATM |
| 02481842 | BT- 1473078 | ATLANTA | CAPITAL CITY BANK | ATM |
| 02481832 | BT- 1473065 | ATLANTA | CAPITAL CITY BANK | ATM |
| 02481839 | BT- 1473061 | ATLANTA | CAPITAL CITY BANK | ATM |
| 02481853 | BT- 1473016 | ATLANTA | CAPITAL CITY BANK | ATM |
| 02481844 | BT- 1473053 | ATLANTA | CAPITAL CITY BANK | ATM |
| 02481840 | BT- 1473022 | ATLANTA | CAPITAL CITY BANK | ATM |
| 02481843 | BT- 1473045 | ATLANTA | CAPITAL CITY BANK | ATM |

| 02481845 | BT- 1473026 | ATLANTA | CAPITAL CITY BANK | ATM | |
| 02481850 | BT- 1473031 | ATLANTA | CAPITAL CITY BANK | ATM | |
| 02481837 | BT- 1473018 | ATLANTA CASH LOGISTICS | CAPITAL CITY BANK | ATM | |
| 02481838 | BT- 1473050 | ATLANTA CASH LOGISTICS | CAPITAL CITY BANK | ATM | |
| 02481834 | BT- 1473038 | ATLANTA CASH LOGISTICS | CAPITAL CITY BANK | ATM | |
| 02497739 | BT- 1481464 | HAPEVILLE | CAPITAL CITY BANK | ATM | |

Thank you,
Arica Dickens
Brinks US - Atlanta ATM Manager
1212 Huff Road
Atlanta, GA 30318
404.352.7300 Ext.2252
F:404.352.7301



E-mail Confidentiality Disclosure:
The information contained in this e-mail and any attachments is intended only for the use of the individual or entity to which it is addressed. It may contain information that is private, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the e-mail to the intended recipient, you are instructed: (i) not to read, copy, or distribute the e-mail or any attachment, (ii) immediately notify sender by replying to this e-mail or by telephone (1.888.671.0400), and (iii) immediately and permanently delete this e-mail and all attachments from computers, disc drives, and other storage medium and destroy any printouts of this message and its attachments.

**From:** Thompson, Cheryl
**Sent:** Friday, September 9, 2022 2:59 PM
**To:** 'Dustin Lovell' <Dustin.Lovell@brinksinc.com>; Aaron Chaney <Aaron.Chaney@brinksinc.com>; Ben Ziwa <Ben.Ziwa@brinksinc.com>; Craig Anderson <Craig.Anderson@brinksinc.com>; Joshua Peterson <Joshua.Peterson@brinksinc.com>; Julie Brown <Julie.Brown@brinksinc.com>
**Cc:** Rich Stewart <Richard.Stewart@brinksinc.com>; Ricky Hill <William.Hill@brinksinc.com>; Mayo, Rod <Mayo.Rod@ccbg.com>; Larkin, Jep <Larkin.Jep@ccbg.com>; Nicola, Whitney <Nicola.Whitney@ccbg.com>; Wigsten, Preston <Wigsten.Preston@ccbg.com>; Cilar, Daniel A. <Cilar.Daniel@ccbg.com>
**Subject:** RE: [EXTERNAL]Capital City Bank - ATM Bulk Account


Brink's team- we look forward to the conversation on Tuesday.  So that we can be efficient with our time, we ask that everyone is in receipt of and up to speed on our disputes, the amounts we are owed, and the nature of this entire situation.  We expect the time will be spent with the Brink's team asking questions of our team to bring this issue to a speedy resolution and to coordinate payment of amounts due.




**CHERYL THOMPSON** | SVP of Operations
1860 Capital Circle NE | Tallahassee, FL 32308
850.402.7052 office | 850.661.6102 cell | thompson.cheryl@ccbg.com


-----Original Appointment-----
**From:** Dustin Lovell [mailto:Dustin.Lovell@brinksinc.com]
**Sent:** Thursday, September 8, 2022 11:40 AM
**To:** Dustin Lovell; Thompson, Cheryl; Aaron Chaney; Ben Ziwa; Craig Anderson; Joshua Peterson; Julie Brown
**Cc:** Rich Stewart; Ricky Hill
**Subject:** [EXTERNAL]Capital City Bank - ATM Bulk Account
**When:** Tuesday, September 13, 2022 3:30 PM-4:00 PM (UTC-07:00) Mountain Time (US & Canada).
**Where:** Microsoft Teams Meeting


# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting
Meeting ID: 240 647 679 966
Passcode: y9XXgo

1

EXHIBIT

F

**From:** Thompson, Cheryl
**Sent:** Wednesday, September 21, 2022 6:44 PM
**To:** Aaron Chaney <Aaron.Chaney@brinksinc.com>
**Subject:** Capital City Bank - Follow-up to Monday's call

Aaron,

It was great speaking with you the other day. I appreciate you taking over this matter for Brink's, recognizing the serious issues between the parties, and looking to resolve things. I know we were both not satisfied with the group call last week. From our call, I understand that Brink's now intends to immediately transfer to Capital City Bank ("CCB") any funds identified by CCB and upon which we all agree are owed to CCB. In other words, any claim limitation period that was discussed on the group call last week would not apply. CCB is hopeful that your taking over this matter will lead to a quick resolution.

On our call, you mentioned that as part of your review you had spoken with Julie Brown of Brink's and that she was not able to provide you with a clear understanding of CCB's monetary claims. To that end, thank you for taking the extra step of engaging a Subject Matter Expert (SME) with ATM support and engaging your Director of Security who specializes in forensic accounting to aid in the research and resolution of this matter.

As I mentioned, CCB is willing to immediately provide you with a list of the disputes CCB's team has determined is owed as well as related information that CCB believes could be helpful in the resolution of this matter. In this regard, please refer to the attached Excel spreadsheet (Brinks ITM Missing Credit) where it shows the dispute/claim numbers. You will find additional documentation that has been requested by Brink's that was previously uploaded into Brink's portal for each claim. We have also attached a Memorandum (and two supporting Excel files "CapitalcityATLITM" and "Exhibits B") that will be helpful in your research.

As you know, timing is critical, and I hope we can have final answers as soon as possible. We have been attempting to resolve these issues for over four months and know you will give this matter the priority and oversight needed to ensure it is concluded quickly and expeditiously. We will plan on touching base with you on Monday to address any questions and to allow you to update us on the process.

If you or your team have any questions regarding anything related to this issue, please don't hesitate to contact me. We will make ourselves available to help.

Thank you,

Cheryl





EXHIBIT

G

**CHERYL THOMPSON** | SVP of Operations
1860 Capital Circle NE | Tallahassee, FL 32308
850.402.7052 office | 850.661-6102 cell | thompson.cheryl@ccbg.com

**From:** "Aaron Chaney" <Aaron.Chaney@brinksinc.com>
**Date:** Friday, September 23, 2022 at 4:52:01 PM
**To:** "Thompson, Cheryl" <Thompson.Cheryl@ccbg.com>
**Subject:** [EXTERNAL]RE: Email and messages

Hi Cheryl – confirming that yes, I did in fact receive the attachments and have do
team. Thank you for sending those and it looks like the research is very compreh

As we discussed, I wanted to clarify that this is a "second" attempt as a show of g
initial research with the hopes of both teams gaining a sense of clarity and alignm
place.

We understand timing is critical but also equally important for us is to perform a
finally close this. I will be meeting with our security team on Monday to discuss tl
that you have provided. They will need time to complete their investigation and c
timeline of their investigation by mid-week and will follow up with you then.

Thanks again for your partnership and patients in coming to a resolution on this.

We appreciate your business!

Thank you,

**Aaron Chaney**
Director, Customer Care
**Brink's U.S.** | *A Division of Brink's, Incorporated*
555 Dividend Drive
Coppell, TX  75019
Office (469) 549-6449 | Email: aaron.chaney@brinksinc.com
http://www.brinks.com/

 



**From:** Thompson, Cheryl [mailto:Thompson.Cheryl@ccbg.com]
**Sent:** Friday, September 23, 2022 8:11 AM

1

**To:** Aaron Chaney <Aaron.Chaney@brinksinc.com>
**Subject:** Email and messages

**Caution:** EXTERNAL EMAIL; use caution with links and attachments

Good morning Aaron. I'm calling to confirm receipt of my email from Wednesday evening. It was sent encrypted and I want to make sure you were able to open it and that your team has everything rhey need to begin digging into this issue. I've left you a message and sent you a couple of text messages and have not heard back. Can you please confirm?

Cheryl Thompson
Capital City Bank
More than your Bank.  Your Banker.
E-mail Confidentiality Disclosure:
The information contained in this e-mail and any attachments is intended only for the use of the individual or entity to which it is addressed. It may contain information that is private, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the e-mail to the intended recipient, you are instructed: (i) not to read, copy, or distribute the e-mail or any attachment, (ii) immediately notify sender by replying to this e-mail or by telephone (1.888.671.0400), and (iii) immediately and permanently delete this e-mail and all attachments from computers, disc drives, and other storage medium and destroy any printouts of this message and its attachments.
E-mail Confidentiality Disclosure:
The information contained in this e-mail and any attachments is intended only for the use of the individual or entity to which it is addressed. It may contain information that is private, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the e-mail to the intended recipient, you are instructed: (i) not to read, copy, or distribute the e-mail or any attachment, (ii) immediately notify sender by replying to this e-mail or by telephone (1.888.671.0400), and (iii) immediately and permanently delete this e-mail and all attachments from computers, disc drives, and other storage medium and destroy any printouts of this message and its attachments.

**From:** Thompson, Cheryl
**Sent:** Wednesday, October 19, 2022 3:54 PM
**To:** 'Aaron Chaney' <Aaron.Chaney@brinksinc.com>
**Cc:** Larkin, Jep <Larkin.Jep@ccbg.com>
**Subject:** additional documentation requested

Hey Aaron- thank you for walking Jep and me through the update with Brink's investigation into our missing funds. As we discussed, you asked CCB to provide the individual electronic journals for each of the 5 ITMs in question from the initial load by the Brinks Atlanta branch to 10/15/22, due to the Brink's data being unreliable for these machines. We talked internally and we can commit to providing Brink's with the requested information at the latest by next Friday (10/28/22).

Once we have the documentation ready, would you like me to email it directly to you? Anyone else?

As you know, CCB needs to get this matter resolved. You indicated that Evie will jump right on this when the information is provided and that she will assign the task of reviewing our documentation as a top priority to a Brink's employee and that we can expect a quick turnaround.

Thank you,

Cheryl

**CHERYL THOMPSON** | SVP of Operations
1860 Capital Circle NE | Tallahassee, FL 32308
850.402.7052 office | 850.661-6102 cell | thompson.cheryl@ccbg.com



E-mail Confidentiality Disclosure:
The information contained in this e-mail and any attachments is intended only for the use of the individual or entity to which it is addressed. It may contain information that is private, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the e-mail to the intended recipient, you are instructed: (i) not to read, copy, or distribute the e-mail or any attachment, (ii) immediately notify sender by replying to this e-mail or by telephone (1.888.671.0400), and (iii) immediately and permanently delete this e-mail and all attachments from computers, disc drives, and other storage medium and destroy any printouts of this message and its attachments.

1



**From:** "Aaron Chaney" <Aaron.Chaney@brinksinc.com>
**Date:** Wednesday, October 19, 2022 at 5:01:21 PM
**To:** "Thompson, Cheryl" <Thompson.Cheryl@ccbg.com>
**Cc:** "Larkin, Jep" <Larkin.Jep@ccbg.com>
**Subject:** [EXTERNAL]RE: additional documentation requested

Hi Cheryl – if you can just send it to me, I will get it into the right hands! Can't thank you enough for your partnership with this. To confirm, Evie is ready to designate someone to review but also alongside them will be our security team and myself.


Thank you,

**Aaron Chaney**
Director, Customer Care
**Brink's U.S. |** *A Division of Brink's, Incorporated*
555 Dividend Drive
Coppell, TX  75019
Office (469) 549-6449 | Email: aaron.chaney@brinksinc.com
http://www.brinks.com/

 





**GUNSTER**
FLORIDA'S LAW FIRM FOR BUSINESS

Writer's Direct Dial Number: (954) 468-1330
Writer's Direct Fax Number: 954-888-2003
Writer's E-Mail Address: eedison@gunster.com

October 21, 2022



RECEIVED

OCT 2 4 2022

LEGAL DEPARTMENT
BRINK'S U.S.

**VIA FEDERAL EXPRESS**

Brink's U.S., a Division of Brink's Incorporated, a Delaware corporation
Attn: Legal Department
555 Dividend Drive, Suite 100
Coppell, Texas 75019

Re:  That certain Services Agreement by and between Brink's U.S., a Division of Brink's Incorporated, a Delaware corporation ("Brinks") and Capital City Bank (the "Services Agreement") which incorporates and is amended and supplemented by that certain ATM Services Statement of Work entered into by and between Brinks and Capital City Bank dated July 1, 2019 (the "ATM Services Agreement") (the "Services Agreement" and "ATM Services Agreement shall collectively be known as the "Service Agreement")

Dear Sir or Madam:

Gunster, Yoakley & Stewart, P.A. represents Capital City Bank ("CCB") with regard to the Service Agreement referenced above. Accordingly, please direct all future correspondence with regard to these matters to the undersigned.

By way of background, since July 2019, CCB and Brinks operated under the Service Agreement whereby Brinks serviced approximately 35 ATM's for CCB. Under the Service Agreement and the ordinary and customary business practices involving the settlement and balancing procedures of the parties, Brinks would deposit and credit replenishment amounts into CCB's Account xxxx-7048 at Truist Bank (the "7048 Account"). However, without advising CCB and in violation of its Service Agreement, Brinks unilaterally began depositing and crediting monies into a new account, on CCB's behalf, (xxxx-5000) at Truist Bank (the "5000 Account"). In addition, and as explained in detail below, while Brinks deposited $7,899,693 from the 5000 Account to the 7048 Account on July 27, 2022, Brinks also unilaterally and wrongfully debited $1,608,355 from the 7048 Account on July 29, 2022.[1] A brief review of relevant portions of the Service Agreement between the parties is discussed next.

Under the Service Agreement, Brinks shall deliver or make available to CCB (via fax, e-mail, or otherwise,) settlement and balance reports within two (2) business days following each replenishment of an ATM. (See Section 3C, Scope of Services of the ATM Services Agreement). The Service Agreement further provides that in the event there is any unused currency collected from an ATM, Brinks will report the unused amount to CCB by the next business day and will deposit such amounts

---

[1]  The first reconciliation that Capital City Bank received regarding this debit was on August 1, 2022 by Ms. Julie Brown.



**EXHIBIT**

K

Brink's U.S., a Division of Brink's Incorporated, a Delaware corporation
October 21, 2022
Page 2

into CCB's inventory (maintained by Brinks), unless otherwise mutually agreed to by the parties (See Section 3D, Scope of Service of the ATM Services Agreement).

Notwithstanding the foregoing, Brinks breached the Services Agreement by:

> (1) Changing 5 of 39 ATM locations to a bulk funding source when processing these ATM locations. The processing was changed to Atlanta (from other regions) without any notification to CCB and without any communication to CCB regarding new settlement/balancing procedures;

> (2) Changing the settlement and balancing procedures for 5 of the 39 ATM without (i) providing CCB with new settlement or balancing procedures (including notification of the 5000 Account); (ii) providing reports to CCB of any settlement and balance within two (2) business days following a replenishment; and (iii) failing to report to CCB unused replacement amounts by the next business day and depositing such amount into CCB's inventory;

> (3) Improperly debiting $1,608,355 from the 7048 Account on July 29, 2022; and

> (4) Continuing to improperly process cash shipments and utilize the bulk account process with regard to the 5000 Account and 7048 Account.

Because CCB was (i) never notified in advance of the change in the processing and posting procedures for these ATMs; and (ii) never provided the necessary balancing reports, any discrepancies or monies remaining in the 5000 Account that were never transferred to the 7048 Account are not untimely "losses" under the Services Agreement, and such monies should be credited to CCB, *instanter*. As set forth below, Brinks has already advised that it has withdrawn, waived and abandoned any arguments that such monies would be considered uncompensated losses because CCB's claims with regard to such funds were untimely.

Upon realizing the issues set forth herein, CCB immediately notified Brinks, and, as requested by Brinks, CCB conducted a substantial internal review and submitted cases related to missing residual credits which are due and owing. CCB has provided Brinks detail on individual disputes ("disputes") in the Brinks' portal, including supporting documentation showing the (NCR) ATM machine electronic journals, (NCR) content reports, and research documentation provided by Brinks'. A true and correct copy of such claims and reports is enclosed as **Composite Exhibit "A"**. After it provided this information, CCB demanded from Brinks an immediate accounting of all funds transferred from the x5000 Account to the 7048 Account. CCB has yet to receive same, because as described below, Brinks' continues to investigate but has not provided any concrete answers.

In September 2022, Brinks advised that it had engaged a Subject Matter Expert (SME) with ATM support as well as engaged Brinks' Director of Security, whom specializes in forensic accounting (the "Security Team") because Ms. Julie Brown of Brinks (who directed the debits) was not able to provide

Brink's U.S., a Division of Brink's Incorporated, a Delaware corporation
October 21, 2022
Page 3

a clear understanding of Brinks' monetary claims. Since the engagement of the Security Team, Brinks has subsequently advised:

(1) It intended to immediately transfer to CCB any funds identified by CCB and upon which the parties agree are owed to CCB, notwithstanding any claim limitation period set forth in the Services Agreement;

(2) The Security Team finished their review of electronic transactions in the 5000 Account. The Security Team identified "discrepancies" and "questionable" transactions (on the Brinks' end), and discussed such transactions with the Brinks' Atlanta Branch, particularly those transactions involving Ms. Brown. The Security Team advised it still needed to reconcile electronic transactions to physical cash movements at Brinks' Atlanta Branch;

(2) The Security Team acknowledged that the processing of cash shipments and utilization of the bulk account process for CCB still has ongoing issues and reiterated that any missing funds would be promptly returned to CCB;

(3) The Security Team was focused on 3 entries in August/September 2022 time frame between the 5000 account and a bank account controlled by Brinks at Truist. These entries are: $637,000 (9/1/2022); $256,000 (8/1/2022); and $408,000;[2]

(4) The Security Team advised that Brinks' data with regard to the 5 ATMs discussed herein was unreliable, and requested that CCB provide it with individual electronic journals for each of the 5 ATMs through October 15, 2022.

As of the date of this correspondence, Brinks has yet to resolve these issues, including returning funds that are owed, reconcile all transactions, and resolve ongoing accounting discrepancies.[3]  Brinks position in retaining the money it wrongfully debited from CCB is untenable as its own financial data is admittedly unreliable.

---

[2] CCB does not have insight into these transactions.

[3] CCB has agreed to provide individual electronic journals for each of the 5 ATMs on or before October 28, 2022, merely as a means to mitigate its damages and avoid immediate judicial intervention. While a full and detailed accounting of the 5 ATMs, the 5000 Account and 7048 Account would be warranted (and CCB does not waive its right to seek same at a future date), it may not be determinative of the merits, now, based on Brinks' admission that its financial data regarding same is unreliable.

Brink's U.S., a Division of Brink's Incorporated, a Delaware corporation
October 21, 2022
Page 4

### Notice of Immediate Demand for Payment

Demand is hereby made that Brinks immediately credit CCB's 7048 Account with the following:

(a)    All monies identified in CCB's claims to Brinks, as set forth in **Composite Exhibit "A"**, including prejudgment interest at the statutory rates set forth under §55.03, *Fla. Stat.; and*

(b)    All attorneys' fees, costs and internal expenses incurred by CCB in the collection of such amounts, pursuant to §57.105, *Fla. Stat.*

If Brinks fails to comply with (a) and (b) above by Wednesday, November 2, 2022, it will be in deemed in immediate breach of its Services Agreement and be subject to an immediate lawsuit for breach of contract where CCB will seek any and all damages for Brinks' breach of the Services Agreement, including, but not limited to a claim for all of CCB's attorneys' fees and costs. This demand is in addition to any and all other claims and statutory causes of action available to CCB, including damages for civil theft and fraud due to the unreliability of Brinks' financial data.

Moreover, at no time shall any prior or subsequent course of conduct by CCB directly or indirectly limit, impair or otherwise adversely affect any of their rights, interests or remedies in connection with these matters or obligate CCB to agree to, negotiate or consider any waiver of any obligation under the various agreements or any condition of any related document. Any omission in demanding a remedy current available is in no circumstances a waiver or release of any remedy and cannot be relied upon by you.

PLEASE GOVERN YOURSELF ACCORDINGLY.

Very truly yours,

Eric C. Edison, Esq.


Enclosures

cc:    Capital City Bank

| ITM# | Expected Service Date | Residual Cash Amount | Brinks Research Case # | Brinks Research Claim # |
|---|---|---|---|---|
| 34010 | 3/15/22 | 82,318 | 2472038 | 2481832 |
| 34010 | 3/23/22 | 97,413 | 2476316 | 2481833 |
| 34010 | 3/29/22 | 115,173 | 2472055 | 2481834 |
| 34010 | 4/5/22 | 41,238 | 2472066 | 2481836 |
| 34010 | 4/12/22 | 106,246 | 2472071 | 2481837 |
| 34010 | 4/19/22 | 171,735 | 2455335 | 2481838 |
| 104020 | 12/1/2021 | 31,500 | 2472106 | 2481839 |
| 104020 | 12/15/2021 | 31,500 | 2472122 | 2481840 |
| 104020 | 12/29/2021 | 31,500 | 2472132 | 2481842 |
| 104020 | 1/12/2022 | 31,500 | 2472139 | 2481843 |
| 104020 | 1/26/2022 | 31,330 | 2472151 | 2481844 |
| 104020 | 2/9/2022 | 30,800 | 2472159 | 2481845 |
| 104020 | 2/24/22 | 31,500 | 2476328 | 2481847 |
| 104020 | 3/9/22 | 31,000 | 2472163 | 2481850 |
| 104020 | 3/16/22 | 30,740 | 2481545 | 2481851 |
| 104020 | 3/23/22 | 31,500 | 2476337 | 2481852 |
| 104020 | 4/13/22 | 30,230 | 2476363 | 2481853 |
| 28010 | 7/6/22 | 159,453 | 2431864 | Claim #1 - 2497739, Claim#2 - 2535666 |
| 36010/36011 | 4/19/22-7/26/22 | 215,710 | 2540879 | 2541038 |

A (next to row with 1/12/2022)

| | | | |
|---|---|---|---|
| Total | 1,332,386 | | |
| Less prior to 4/20 received | 119,234 | *per Julie Brown's email on 8/5* |
| Plus: | 115,903 | B |
| Net underpaid | 1,329,055 | |

A Expected service date was 1/12, Electronic Journal does not denote this ITM being serviced.
B Additional missing credits unidentified, currently researching.



EXHIBIT
A

**From:** Thompson, Cheryl
**Sent:** Friday, October 21, 2022 10:12 AM
**To:** 'Aaron Chaney' <Aaron.Chaney@brinksinc.com>
**Cc:** Larkin, Jep <Larkin.Jep@ccbg.com>
**Subject:** FYI - legal letter

Aaron, please see the attached letter which was forwarded by our legal counsel to your legal department. As discussed, we will continue to work with you and Evie, but the bank has also elected to also move forward with its legal remedies.

Cheryl

**CHERYL THOMPSON** | *SVP of Operations*
1860 Capital Circle NE | Tallahassee, FL 32308
850.402.7052 office | 850.661-6102 cell | thompson.cheryl@ccbg.com





**Subject:**            FW: [EXTERNAL]RE: additional documentation requested
**Attachments:**        Audit Logs_5 ITMs_through 10.15.22.xlsx

**From:** Thompson, Cheryl
**Sent:** Friday, October 28, 2022 2:00 PM
**To:** 'Aaron Chaney' <Aaron.Chaney@brinksinc.com>
**Cc:** Larkin, Jep <Larkin.Jep@ccbg.com>
**Subject:** RE: [EXTERNAL]RE: additional documentation requested

Aaron,

As discussed, attached are the Audit Logs for each of the 5 ITMs from time of Initial load or from the time the ITM was transferred to the Atlanta branch for servicing. All Logs are through October 15, 2022. Please note that (i) these documents only reflect activity on the ITM machines and will not capture Capital City Bank's request for payment in instances where a service was not performed and the bank was debited for a load from our Truist account; and (ii) are being provided as part of ongoing discussions to resolve and compromise Capital City Bank's claims against Brinks and cannot be used to prove or defend against such claims.

Are you available on Wednesday afternoon (11/2) to check in with Evie's progress on this file?

Cheryl



**From:** "Aaron Chaney" <Aaron.Chaney@brinksinc.com>
**Date:** Monday, October 31, 2022 at 11:59:17 AM
**To:** "Thompson, Cheryl" <Thompson.Cheryl@ccbg.com>
**Cc:** "Larkin, Jep" <Larkin.Jep@ccbg.com>
**Subject:** RE: [EXTERNAL]RE: additional documentation requested

Thank you Cheryl — I have sent this over to our security team. I plan on connect with them later today or no later than tomorrow to get an update on progress. To your point, let's plan on connecting Wednesday afternoon.

Thank you,

**Aaron Chaney**
Director, Customer Care
**Brink's U.S. |** *A Division of Brink's, Incorporated*
555 Dividend Drive
Coppell, TX  75019
Office (469) 549-6449 | Email: aaron.chaney@brinksinc.com
http://www.brinks.com/

 



**Edison, Eric**

| | |
|---|---|
| **From:** | Gita Athreya <Gita.Athreya@brinksinc.com> |
| **Sent:** | Wednesday, November 2, 2022 2:31 PM |
| **To:** | Edison, Eric |
| **Cc:** | Corrinn Neal |
| **Subject:** | RE: Capital City Bank Notice of Breach |

Hello Mr. Edison,

Hope you are doing well. As you are aware, we have been working with your client for several months now to resolve these issues. We continue to look into this matter, and I am given to understand that the data requested by Brink's in order to understand the transactions better was provided by your client on the 28th of Oct. We are actively working on the provided data and should be able to come back to you soon with an update.

We appreciate your patience while we work through this, and we look forward to resolving these issues amicably at the earliest. In the meantime, if you have any concerns or questions, please do not hesitate to reach out to me. Thank you.

Regards,
**Gita Athreya**
Senior Counsel – North America
**M** +1 804-467-2966
**O** +1 804-289-9627

Brink's Team - Visit the New Global Legal Intranet

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**From:** Corrinn Neal <Corrinn.Neal@brinksinc.com>
**Sent:** Wednesday, October 26, 2022 8:09 PM
**To:** eedison@gunster.com
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Subject:** Capital City Bank Notice of Breach

SENT ON BEHALF OF GITA ATHREYA – SENIOR COUNSEL

Attorney Edison,

Brink's is in receipt your notice dated October 26, 2022 in connection with customer, Capital City Bank.

We are looking into your allegations and will come back to you soon.

Please do not hesitate to contact Gita Athreya via email gita.athreya@brinksinc.com with a copy to corrinn.neal@brinksinc.com if you have any questions.

Thank you.



**Corrinn Neal**
Legal Support Coordinator & Project Manager
Brink's, Incorporated
555 Dividend Drive · Coppell, TX 75019 · USA
**O**  +1 469-549-6035
**M**  +1 469-416-9691
Corrinn.Neal@brinks.com

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**Edison, Eric**

| | |
|---|---|
| **From:** | Edison, Eric |
| **Sent:** | Monday, November 7, 2022 5:31 PM |
| **To:** | Gita Athreya |
| **Cc:** | Corrinn Neal; Bader, Gregory |
| **Subject:** | RE: Capital City Bank Notice of Breach |

Ms. Athreya,

I wanted to follow up with you.  Your client unilaterally cancelled the meeting with Capital City Bank on Friday, and has not responded to inquires requesting an update.  Please advise as to the status by noon tomorrow.  Thank you.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com



EXHIBIT
P
_____

**From:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Sent:** Friday, November 4, 2022 12:42 PM
**To:** Edison, Eric <EEdison@gunster.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

Hello Mr. Edison – our teams are working tirelessly to review all necessary data to reach a consensus on the issue. They have also been in constant touch with your client and updating them on the progress. I believe they are scheduled to meet today as well to provide an update on the status. As previously mentioned, this is a very complicated review process involving multiple transactions and we are confident that we can get you a resolution date soon. We appreciate your patience and understanding until we complete our review of the data. Thank you.

Regards,
**Gita Athreya**
Senior Counsel – North America
**M** +1 804-467-2966
**O** +1 804-289-9627

Brink's Team - Visit the New Global Legal Intranet

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Friday, November 4, 2022 2:17 AM

**To:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

**Caution: EXTERNAL EMAIL; use caution with links and attachments**

Ms. Athreya,

Thank you for your correspondence, but this is <u>not</u> what we discussed.  As we discussed, (i) Brinks has been on notice of these issues since June 2022; (ii)there has been no evidence of Brinks trying to resolve or providing any evidence (including requested accounting) to resolve any matter, other than requests for additional information; (iii) our client only provided additional materials because Brinks reported that its own internal data was *unreliable* and as a means to efficiently and quickly resolve this action; (iv) the evasiveness of a date certain to resolve this situation will unfortunately lead to immediate judicial intervention; and (v) you were supposed to touch base with me this afternoon, and I adjourned the telephone conversation this morning based upon such representation.  I will report your cancellation and email to my client, which again, may unfortunately lead to immediate judicial intervention.

I hope you immediately reconsider your email below and provide the information necessary to resolve this matter, *instanter*.  Your client can no longer continue to hold on to over $1.3 million dollars of my client's money, and we have every intention of seeking all damages (both under contract and in tort), including interest, and attorney's fees and costs.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com  |  eedison@gunster.com

**From:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Sent:** Thursday, November 3, 2022 4:19 PM
**To:** Edison, Eric <EEdison@gunster.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

Mr. Edison,

As we have been discussing, since you notified us on Oct 24th of these issues, we have been working diligently to resolve them. Through those efforts, your client provided us with the data we needed last Friday, and we have been reviewing the information. I will absolutely update you as soon as we have a definitive response. Regardless, I will touch base with you early next week on the status.

Regards,
**Gita Athreya**
Senior Counsel – North America
**M** +1 804-467-2966
**O** +1 804-289-9627

<u>Brink's Team - Visit the New Global Legal Intranet</u>

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Friday, November 4, 2022 12:05 AM
**To:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

**Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Athreya,

So as to memorialize our conversation this morning, in part, please advise of a time this afternoon where we can continue our discussion.  The continuance is so you may consult with your business team and provide Capital City Bank with answers regarding when it can expect the immediate resolution of the issues outlined in our correspondence dated October 21, 2022.



**Eric C. Edison, Esq. | Shareholder**
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
P 954-468-1331  C 954-261-1500
gunster.com   |   eedison@gunster.com

**From:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Sent:** Wednesday, November 2, 2022 10:03 PM
**To:** Edison, Eric <EEdison@gunster.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

Absolutely! How does 10.30 am ET sound?

Regards,
**Gita Athreya**
Senior Counsel – North America
**M** +1 804-467-2966
**O** +1 804-289-9627

Brink's Team - Visit the New Global Legal Intranet

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this

email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Thursday, November 3, 2022 3:11 AM
**To:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** Capital City Bank Notice of Breach
**Importance:** High

**Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Athreya,

Please advise of your availability **tomorrow** for a brief call in this matter.   It is imperative that we speak.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331 **C** 954-261-1500
gunster.com   |   eedison@gunster.com

**From:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Sent:** Wednesday, November 2, 2022 2:31 PM
**To:** Edison, Eric <EEdison@gunster.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>
**Subject:** RE: Capital City Bank Notice of Breach

Hello Mr. Edison,

Hope you are doing well. As you are aware, we have been working with your client for several months now to resolve these issues. We continue to look into this matter, and I am given to understand that the data requested by Brink's in order to understand the transactions better was provided by your client on the 28th of Oct. We are actively working on the provided data and should be able to come back to you soon with an update.

We appreciate your patience while we work through this, and we look forward to resolving these issues amicably at the earliest. In the meantime, if you have any concerns or questions, please do not hesitate to reach out to me. Thank you.

Regards,
**Gita Athreya**
Senior Counsel – North America
**M** +1 804-467-2966
**O** +1 804-289-9627

Brink's Team - Visit the New Global Legal Intranet

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution,

or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**From:** Corrinn Neal <Corrinn.Neal@brinksinc.com>
**Sent:** Wednesday, October 26, 2022 8:09 PM
**To:** eedison@gunster.com
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Subject:** Capital City Bank Notice of Breach

SENT ON BEHALF OF GITA ATHREYA – SENIOR COUNSEL

Attorney Edison,

Brink's is in receipt your notice dated October 26, 2022 in connection with customer, Capital City Bank.

We are looking into your allegations and will come back to you soon.

Please do not hesitate to contact Gita Athreya via email gita.athreya@brinksinc.com with a copy to corrinn.neal@brinksinc.com if you have any questions.

Thank you.

**Corrinn Neal**
Legal Support Coordinator & Project Manager
Brink's, Incorporated
555 Dividend Drive · Coppell, TX 75019 · USA
**O**  +1 469-549-6035
**M**  +1 469-416-9691
Corrinn.Neal@brinks.com

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**Edison, Eric**

| | |
|---|---|
| **From:** | Edison, Eric |
| **Sent:** | Tuesday, November 8, 2022 3:24 PM |
| **To:** | Connelia Savage; Bader, Gregory |
| **Cc:** | Gita Athreya; Corrinn Neal |
| **Subject:** | RE: Capital City Bank Notice of Breach |

Ms. Savage,

Thank you for your e-mail.  I will speak to my client and get back to you.  However, let me directly respond to your e-mail so as to disabuse you of certain statements.

Brink's has already waived any claim that my client failed to notify Brink's in a timely fashion.  In fact, it is "legal chutzpah" to suggest that Capital City Bank was in fact late in advising Brinks of anything when Brinks – in violation of its Service Agreement - - unilaterally began depositing and crediting monies into a new account on my client's behalf.  It is difficult, if not impossible, to argue laches, when the underlying cause of this issue – was Brinks, itself.

With regard to your comment as to lack of confrontation, my client has been patiently waiting to resolve this matter, and Brinks has provided no information - - and just promises and incessant delay.  Your client can no longer continue to hold on to over $1.3 million dollars of my client's money, without any explanation - - particularly when Brinks has already admitted its own internal documents are unreliable.   Finally, Brinks scheduled and cancelled a call on Friday, and has been non-responsive to Capital City Bank recent inquiries (not including your email below).

As set forth below and above, I will speak to my client and get back to you shortly.

Thank you.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com    |    eedison@gunster.com



**From:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Sent:** Tuesday, November 8, 2022 3:09 PM
**To:** Edison, Eric <EEdison@gunster.com>; Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>
**Subject:** FW: Capital City Bank Notice of Breach

Mr. Edison,

I have received your communications with Gita Athreya.  Gita is not available today, so in her absence I am responding to your latest email.  In speaking with the Brink's team that has been working diligently on this issue, it appears that this process has been made much more difficult to resolve by your client's failure to notify us in a timely manner of any issue, as well as their refusal to provide appropriate documentation (including the information that was recently

provided by your client).  Despite this, we have been attempting to work in good faith with Capital City to try to resolve this issue.

While our approach is always to try to work it out with a customer in a collaborative and non-confrontational way, it appears that is not your desire.  With that said, in an effort to come to a satisfactory resolution, we think it may be helpful to have a call which includes a business representative from each side as well as the attorneys for each side.  Please let me know if your client would like to proceed with this approach and we can find a mutually agreeable time.

Yours truly,

**Connelia Savage**
(she/her)
SVP & General Counsel, North America
**O** +1 469-549-6102
**M** +1 469-496-7900


PRIDE♡

---

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Monday, November 7, 2022 4:31 PM
**To:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

> **Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Athreya,

I wanted to follow up with you.  Your client unilaterally cancelled the meeting with Capital City Bank on Friday, and has not responded to inquires requesting an update.  Please advise as to the status by noon tomorrow.  Thank you.


FLORIDA'S LAW FIRM FOR BUSINESS

**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

---

**From:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Sent:** Friday, November 4, 2022 12:42 PM
**To:** Edison, Eric <EEdison@gunster.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

Hello Mr. Edison – our teams are working tirelessly to review all necessary data to reach a consensus on the issue. They have also been in constant touch with your client and updating them on the progress. I believe they are scheduled to

meet today as well to provide an update on the status. As previously mentioned, this is a very complicated review process involving multiple transactions and we are confident that we can get you a resolution date soon. We appreciate your patience and understanding until we complete our review of the data. Thank you.

Regards,
**Gita Athreya**
Senior Counsel – North America
**M** +1 804-467-2966
**O** +1 804-289-9627

Brink's Team - Visit the New Global Legal Intranet

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Friday, November 4, 2022 2:17 AM
**To:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

> **Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Athreya,

Thank you for your correspondence, but this is not what we discussed.  As we discussed, (i) Brinks has been on notice of these issues since June 2022; (ii)there has been no evidence of Brinks trying to resolve or providing any evidence (including requested accounting) to resolve any matter, other than requests for additional information; (iii) our client only provided additional materials because Brinks reported that its own internal data was *unreliable* and as a means to efficiently and quickly resolve this action; (iv) the evasiveness of a date certain to resolve this situation will unfortunately lead to immediate judicial intervention; and (v) you were supposed to touch base with me this afternoon, and I adjourned the telephone conversation this morning based upon such representation.  I will report your cancellation and email to my client, which again, may unfortunately lead to immediate judicial intervention.

I hope you immediately reconsider your email below and provide the information necessary to resolve this matter, *instanter*.  Your client can no longer continue to hold on to over $1.3 million dollars of my client's money, and we have every intention of seeking all damages (both under contract and in tort), including interest, and attorney's fees and costs.



**Eric C. Edison, Esq. |** Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

**From:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Sent:** Thursday, November 3, 2022 4:19 PM
**To:** Edison, Eric <EEdison@gunster.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

Mr. Edison,

As we have been discussing, since you notified us on Oct 24th of these issues, we have been working diligently to resolve them. Through those efforts, your client provided us with the data we needed last Friday, and we have been reviewing the information. I will absolutely update you as soon as we have a definitive response. Regardless, I will touch base with you early next week on the status.

Regards,
**Gita Athreya**
Senior Counsel – North America
**M** +1 804-467-2966
**O** +1 804-289-9627

Brink's Team - Visit the New Global Legal Intranet

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Friday, November 4, 2022 12:05 AM
**To:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

**Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Athreya,

So as to memorialize our conversation this morning, in part, please advise of a time this afternoon where we can continue our discussion.  The continuance is so you may consult with your business team and provide Capital City Bank with answers regarding when it can expect the immediate resolution of the issues outlined in our correspondence dated October 21, 2022.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

**From:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Sent:** Wednesday, November 2, 2022 10:03 PM
**To:** Edison, Eric <EEdison@gunster.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

Absolutely! How does 10.30 am ET sound?

Regards,
**Gita Athreya**
Senior Counsel – North America
**M** +1 804-467-2966
**O** +1 804-289-9627

Brink's Team - Visit the New Global Legal Intranet

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Thursday, November 3, 2022 3:11 AM
**To:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** Capital City Bank Notice of Breach
**Importance:** High

**Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Athreya,

Please advise of your availability **tomorrow** for a brief call in this matter.   It is imperative that we speak.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

**From:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Sent:** Wednesday, November 2, 2022 2:31 PM
**To:** Edison, Eric <EEdison@gunster.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>
**Subject:** RE: Capital City Bank Notice of Breach

Hello Mr. Edison,

Hope you are doing well. As you are aware, we have been working with your client for several months now to resolve these issues. We continue to look into this matter, and I am given to understand that the data requested by Brink's in order to understand the transactions better was provided by your client on the 28th of Oct. We are actively working on the provided data and should be able to come back to you soon with an update.

We appreciate your patience while we work through this, and we look forward to resolving these issues amicably at the earliest. In the meantime, if you have any concerns or questions, please do not hesitate to reach out to me. Thank you.

Regards,
**Gita Athreya**
Senior Counsel – North America
**M** +1 804-467-2966
**O** +1 804-289-9627

Brink's Team - Visit the New Global Legal Intranet

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**From:** Corrinn Neal <Corrinn.Neal@brinksinc.com>
**Sent:** Wednesday, October 26, 2022 8:09 PM
**To:** eedison@gunster.com
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Subject:** Capital City Bank Notice of Breach

SENT ON BEHALF OF GITA ATHREYA – SENIOR COUNSEL

Attorney Edison,

Brink's is in receipt your notice dated October 26, 2022 in connection with customer, Capital City Bank.

We are looking into your allegations and will come back to you soon.

Please do not hesitate to contact Gita Athreya via email gita.athreya@brinksinc.com with a copy to corrinn.neal@brinksinc.com if you have any questions.

Thank you.

**Corrinn Neal**
Legal Support Coordinator & Project Manager
Brink's, Incorporated
555 Dividend Drive · Coppell, TX 75019 · USA
**O**  +1 469-549-6035
**M** +1 469-416-9691
Corrinn.Neal@brinks.com

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**Edison, Eric**

| | |
|---|---|
| **From:** | Edison, Eric |
| **Sent:** | Wednesday, November 9, 2022 7:46 PM |
| **To:** | Connelia Savage; Bader, Gregory |
| **Cc:** | Gita Athreya; Corrinn Neal; Peterson, Deborah |
| **Subject:** | RE: Capital City Bank Notice of Breach |

Ms. Savage:

Your emails are continuously vague.  This is evidences Brinks' lack of willingness to resolve this matter.

1.  What documentation do you need to walk me and my client through?  And, why can't you provide this documentation to us ahead of time so we can review it?   Please address this question specifically, and forward the documentation.  If you would like to forward the documentation under a mediation privilege, that is fine.  However, it is not equitable or productive to walk my client or me through numbers or documents we haven't seen before in real time.  However, if Brinks is serious about resolving this matter – please immediately provide us with the materials.

2.  We have provided you with two meeting times, and you have advised you are busy and provided us with zero times of your availability, despite advising that you would confirm a time.  This not an appropriate or professional way to treat an ongoing customer (for the moment) or its legal counsel.  It is difficult to receive your email after hours, wait for your client to get back to us back to us mid morning, drop everything, and then try and schedule a time.  To resolve, please provide us with multiple times (at least 3-4) on Thursday and Friday and we will choose one that meets our schedule.   Please provide us with the names of the individuals available for the call.  We do not agree to have this meeting on a Brinks electronic platform.

3.  You have not further addressed:  (i) issue of waiver; (ii) each and every example of Capital City Bank refusing to provide information; or (iii) evidence of any other delay on the part of Capital City Bank.  As such, I will assume that you have dropped such allegations, so we won't need to waste time discussing them.

I look forward to your immediate response.  Thank you.



**Eric C. Edison, Esq. | Shareholder**
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

**EXHIBIT**
tabbies
R

**From:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Sent:** Wednesday, November 9, 2022 7:24 PM
**To:** Edison, Eric <EEdison@gunster.com>; Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>
**Subject:** Re: Capital City Bank Notice of Breach

Eric –

I met with the team today about this matter and look forward to walking you and your client through the documentation.  Finding a time when we can all meet is challenging, but we are trying move things around to find a time that works this week. I know we have a conflict with tomorrow at 1:00pm, but the team is going to provide me with alternative times by tomorrow mid-morning and I will send those to you as soon as I receive them.

We continue to look forward to meeting and resolving this issue.


**Connelia Savage**
(she/her)
SVP & General Counsel, North America
**O** +1 469-549-6102
**M** +1 469-496-7900



PRIDE♡

---

**From:** Edison, Eric <EEdison@gunster.com>
**Date:** Wednesday, November 9, 2022 at 11:17 AM
**To:** Connelia Savage <Connelia.Savage@brinksinc.com>, Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>, Corrinn Neal <Corrinn.Neal@brinksinc.com>, Peterson, Deborah <DPeterson@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

> **Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Savage,

Are you now withdrawing Brink's request for a meeting with Capital City Bank?  **Please immediately clarify.**

Capital City Bank has been working diligently to resolve this problem with Brinks (and such problems remain ongoing) since June/July 2022, so please refrain from insinuating that Capital City Bank has not attempted to resolve this matter.  Again, if you would like an outline of such meetings and evidence of same, I am happy to provide you with it.




**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

---

**From:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Sent:** Wednesday, November 9, 2022 11:04 AM

2

**To:** Edison, Eric <EEdison@gunster.com>; Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>
**Subject:** Re: Capital City Bank Notice of Breach

Eric,

We have an internal meeting this afternoon and I will confirm after that meeting.  I truly hope you and your client will come to this meeting in the spirit of resolution.

**Connelia Savage**
(she/her)
SVP & General Counsel, North America
**O** +1 469-549-6102
**M** +1 469-496-7900


PRIDE♡

---

**From:** Edison, Eric <EEdison@gunster.com>
**Date:** Wednesday, November 9, 2022 at 10:49 AM
**To:** Connelia Savage <Connelia.Savage@brinksinc.com>, Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>, Corrinn Neal <Corrinn.Neal@brinksinc.com>, Peterson, Deborah <DPeterson@gunster.com>
**Subject:** Capital City Bank Notice of Breach

**Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Savage,

Thank you for your e-mail.

(1) I am uncertain what you mean by "approach".  Capital City Bank has already agreed to meet with Brinks to resolve this matter (and had done so multiple times). As indicated, Brinks unilaterally cancelled such meeting this past Friday and ceased communications with Capital City Bank.  As a means to mitigate its damages, Capital City Bank has and will continue to agree to meet with Brinks to resolve outstanding issues.  If you would like me to outline each of these meetings prior to tomorrow's meeting, please let me know.

(2) In preparation of the meeting, please provide me with each and every example of Capital City Bank refusing to provide information, as highlighted below.  Please provide specific emails and/or dates of conversations evidencing such refusal.

(3) **Capital City Bank is available, November 10, 2022 at 1:00 p.m.  Please confirm same by 2:00 p.m. today.  If confirmed, please provide us with the e-mail addresses of those participating so we may send a Teams Invite.**



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
P 954-468-1331  C 954-261-1500
gunster.com    |    eedison@gunster.com

**From:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Sent:** Wednesday, November 9, 2022 10:28 AM
**To:** Edison, Eric <EEdison@gunster.com>; Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>
**Subject:** Re: Capital City Bank Notice of Breach

Eric –

I am glad Capital City is interested in this approach.  Unfortunately, I have a conflict at that time tomorrow, which I can not change.  Can you send some alternative times for Thursday and Friday this week?

**Connelia Savage**
(she/her)
SVP & General Counsel, North America
**O** +1 469-549-6102
**M** +1 469-496-7900



PRIDE♡

**From:** Edison, Eric <EEdison@gunster.com>
**Date:** Wednesday, November 9, 2022 at 9:43 AM
**To:** Connelia Savage <Connelia.Savage@brinksinc.com>, Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>, Corrinn Neal <Corrinn.Neal@brinksinc.com>, Peterson, Deborah <DPeterson@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

**Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Savage,

Capital City Bank is available Thursday, November 10th at 10:30 a.m.   Please confirm by 2:00 p.m. today.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
P 954-468-1331  C 954-261-1500
gunster.com    |    eedison@gunster.com

4

**From:** Edison, Eric
**Sent:** Tuesday, November 8, 2022 3:24 PM
**To:** Connelia Savage <Connelia.Savage@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>
**Subject:** RE: Capital City Bank Notice of Breach

Ms. Savage,

Thank you for your e-mail.  I will speak to my client and get back to you.  However, let me directly respond to your e-mail so as to disabuse you of certain statements.

Brink's has already waived any claim that my client failed to notify Brink's in a timely fashion.  In fact, it is "legal chutzpah" to suggest that Capital City Bank was in fact late in advising Brinks of anything when Brinks – in violation of its Service Agreement - - unilaterally began depositing and crediting monies into a new account on my client's behalf.  It is difficult, if not impossible, to argue laches, when the underlying cause of this issue – was Brinks, itself.

With regard to your comment as to lack of confrontation, my client has been patiently waiting to resolve this matter, and Brinks has provided no information - - and just promises and incessant delay.  Your client can no longer continue to hold on to over $1.3 million dollars of my client's money, without any explanation - - particularly when Brinks has already admitted its own internal documents are unreliable.   Finally, Brinks scheduled and cancelled a call on Friday, and has been non-responsive to Capital City Bank recent inquiries (not including your email below).

As set forth below and above, I will speak to my client and get back to you shortly.

Thank you.

 **GUNSTER**
FLORIDA'S LAW FIRM FOR BUSINESS

**Eric C. Edison, Esq.  |  Shareholder**
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

**From:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Sent:** Tuesday, November 8, 2022 3:09 PM
**To:** Edison, Eric <EEdison@gunster.com>; Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>
**Subject:** FW: Capital City Bank Notice of Breach

Mr. Edison,

I have received your communications with Gita Athreya.  Gita is not available today, so in her absence I am responding to your latest email.  In speaking with the Brink's team that has been working diligently on this issue, it appears that this process has been made much more difficult to resolve by your client's failure to notify us in a timely manner of any issue, as well as their refusal to provide appropriate documentation (including the information that was recently provided by your client).  Despite this, we have been attempting to work in good faith with Capital City to try to resolve this issue.

While our approach is always to try to work it out with a customer in a collaborative way, it appears that is not your desire. With that said, in an effort to come to a satisfactory resolution, we think it may be helpful to have a call which includes a business representative from each side as well as the attorneys for each side. Please let me know if your client would like to proceed with this approach and we can find a mutually agreeable time.

Yours truly,

**Connelia Savage**
(she/her)
SVP & General Counsel, North America
**O** +1 469-549-6102
**M** +1 469-496-7900



PRIDE♡

---

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Monday, November 7, 2022 4:31 PM
**To:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

> **Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Athreya,

I wanted to follow up with you. Your client unilaterally cancelled the meeting with Capital City Bank on Friday, and has not responded to inquires requesting an update. Please advise as to the status by noon tomorrow. Thank you.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com    |    eedison@gunster.com

---

**From:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Sent:** Friday, November 4, 2022 12:42 PM
**To:** Edison, Eric <EEdison@gunster.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

Hello Mr. Edison – our teams are working tirelessly to review all necessary data to reach a consensus on the issue. They have also been in constant touch with your client and updating them on the progress. I believe they are scheduled to meet today as well to provide an update on the status. As previously mentioned, this is a very complicated review process involving multiple transactions and we are confident that we can get you a resolution date soon. We appreciate your patience and understanding until we complete our review of the data. Thank you.

Regards,
**Gita Athreya**
Senior Counsel – North America
**M** +1 804-467-2966
**O** +1 804-289-9627

<u>Brink's Team - Visit the New Global Legal Intranet</u>

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Friday, November 4, 2022 2:17 AM
**To:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

**Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Athreya,

Thank you for your correspondence, but this is <u>not</u> what we discussed.  As we discussed, (i) Brinks has been on notice of these issues since June 2022; (ii)there has been no evidence of Brinks trying to resolve or providing any evidence (including requested accounting) to resolve any matter, other than requests for additional information; (iii) our client only provided additional materials because Brinks reported that its own internal data was *unreliable* and as a means to efficiently and quickly resolve this action; (iv) the evasiveness of a date certain to resolve this situation will unfortunately lead to immediate judicial intervention; and (v) you were supposed to touch base with me this afternoon, and I adjourned the telephone conversation this morning based upon such representation.  I will report your cancellation and email to my client, which again, may unfortunately lead to immediate judicial intervention.

I hope you immediately reconsider your email below and provide the information necessary to resolve this matter, *instanter*.  Your client can no longer continue to hold on to over $1.3 million dollars of my client's money, and we have every intention of seeking all damages (both under contract and in tort), including interest, and attorney's fees and costs.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

**From:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Sent:** Thursday, November 3, 2022 4:19 PM
**To:** Edison, Eric <EEdison@gunster.com>

**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

Mr. Edison,

As we have been discussing, since you notified us on Oct 24th of these issues, we have been working diligently to resolve them. Through those efforts, your client provided us with the data we needed last Friday, and we have been reviewing the information. I will absolutely update you as soon as we have a definitive response. Regardless, I will touch base with you early next week on the status.

Regards,
**Gita Athreya**
Senior Counsel — North America
**M** +1 804-467-2966
**O** +1 804-289-9627

Brink's Team - Visit the New Global Legal Intranet

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Friday, November 4, 2022 12:05 AM
**To:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

> **Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Athreya,

So as to memorialize our conversation this morning, in part, please advise of a time this afternoon where we can continue our discussion.  The continuance is so you may consult with your business team and provide Capital City Bank with answers regarding when it can expect the immediate resolution of the issues outlined in our correspondence dated October 21, 2022.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

**From:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Sent:** Wednesday, November 2, 2022 10:03 PM
**To:** Edison, Eric <EEdison@gunster.com>

**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

Absolutely! How does 10.30 am ET sound?

Regards,
**Gita Athreya**
Senior Counsel – North America
**M** +1 804-467-2966
**O** +1 804-289-9627

Brink's Team - Visit the New Global Legal Intranet

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Thursday, November 3, 2022 3:11 AM
**To:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** Capital City Bank Notice of Breach
**Importance:** High

**Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Athreya,

Please advise of your availability **tomorrow** for a brief call in this matter.   It is imperative that we speak.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

**From:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Sent:** Wednesday, November 2, 2022 2:31 PM
**To:** Edison, Eric <EEdison@gunster.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>
**Subject:** RE: Capital City Bank Notice of Breach

Hello Mr. Edison,

Hope you are doing well. As you are aware, we have been working with your client for several months now to resolve these issues. We continue to look into this matter, and I am given to understand that the data requested by Brink's in

order to understand the transactions better was provided by your client on the 28th of Oct. We are actively working on the provided data and should be able to come back to you soon with an update.

We appreciate your patience while we work through this, and we look forward to resolving these issues amicably at the earliest. In the meantime, if you have any concerns or questions, please do not hesitate to reach out to me. Thank you.

Regards,
**Gita Athreya**
Senior Counsel – North America
**M** +1 804-467-2966
**O** +1 804-289-9627

Brink's Team - Visit the New Global Legal Intranet

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**From:** Corrinn Neal <Corrinn.Neal@brinksinc.com>
**Sent:** Wednesday, October 26, 2022 8:09 PM
**To:** eedison@gunster.com
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Subject:** Capital City Bank Notice of Breach

SENT ON BEHALF OF GITA ATHREYA – SENIOR COUNSEL

Attorney Edison,

Brink's is in receipt your notice dated October 26, 2022 in connection with customer, Capital City Bank.

We are looking into your allegations and will come back to you soon.

Please do not hesitate to contact Gita Athreya via email gita.athreya@brinksinc.com with a copy to corrinn.neal@brinksinc.com if you have any questions.

Thank you.

**Corrinn Neal**
Legal Support Coordinator & Project Manager
Brink's, Incorporated
555 Dividend Drive · Coppell, TX 75019 · USA
**O**  +1 469-549-6035
**M**  +1 469-416-9691
Corrinn.Neal@brinks.com

**THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.**

## Edison, Eric

| | |
|---|---|
| **From:** | Edison, Eric |
| **Sent:** | Friday, November 11, 2022 5:10 PM |
| **To:** | 'Connelia Savage'; Bader, Gregory |
| **Cc:** | Gita Athreya; Corrinn Neal; Peterson, Deborah; Tara Team |
| **Subject:** | RE: Capital City Bank Notice of Breach |

Ms. Savage:

I'm concerned about Brinks' participants as it demonstrates Brinks continued lack of willingness to resolve this matter.  Please address why members from the forensic / security team are not in attendance.  Specifically, why isn't Aaron Chaney present?   Also, why does Brinks believe having more attorneys than members of your client is helpful?

Your refusal to share anything further with Capital City Bank is very concerning.



**Eric C. Edison, Esq. | Shareholder**
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

**From:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Sent:** Friday, November 11, 2022 4:43 PM
**To:** Edison, Eric <EEdison@gunster.com>; Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>; Tara Team <Tara.Team@brinksinc.com>
**Subject:** Re: Capital City Bank Notice of Breach

Eric —

The call Monday is intended to align our customer (your client) on the processes associated with the services provided, discuss where any discrepancies may have come from and, most important, align on a resolution path.

In attendance from Brink's will be: Scott Johnson, Vice President ATM & Device Management, Julie Brown, Enterprise Account Director - Financial Sector, Gita Athreya. Senior Counsel, Tara Team, Assistant General Counsel and myself.

Please provide the list of attendees from your firm as well as Capital City.

We do not have any materials to provide ahead of time.  As to your requests below for additional documentation, we do not feel these are appropriate requests at this time, so will not be sharing anything further with you before Monday's meeting.

Look forward to speaking on Monday.

**EXHIBIT**

S

1

**Connelia Savage**
(she/her)
SVP & General Counsel, North America
**O** +1 469-549-6102
**M** +1 469-496-7900



From: Edison, Eric <EEdison@gunster.com>
**Date:** Friday, November 11, 2022 at 3:58 PM
**To:** Connelia Savage <Connelia.Savage@brinksinc.com>, Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>, Corrinn Neal <Corrinn.Neal@brinksinc.com>, Peterson, Deborah <DPeterson@gunster.com>
**Subject:** Capital City Bank Notice of Breach

**Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Savage,

Thank you for confirming your attendance.

I am going to ask one last time to please *stop* being vague, and please be specific (as set forth below).  Your tactics (whether purposeful or not) are increasingly frustrating not just for me, but the entire CCB team.  If you wish to resolve this and help your client, please start by specifically responding to my emails and help me.  Not specifically addressing these issues will cause further delay, which my client will no longer allow.

1. What process are you referring to "that exists to align and then talk to [CCB] about discrepancies may have come from."  I do not know what you are referring to.

2. What specific materials will you be referring to?  Are these the materials we have uploaded to Brinks?  Are these the materials that CCB just provided?  Rather than suggesting we have the materials, it would be helpful to identify the exhibits you intend to use so that we can have them available and know what they pertain to?

3. Which business people from Brinks will be there?  Has my client met with them before?  Knowing who we will be speaking to will streamline this process.

4. Please address all matters below (fourth request)



**Eric C. Edison, Esq. |** Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

2

**From:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Sent:** Friday, November 11, 2022 3:45 PM
**To:** Edison, Eric <EEdison@gunster.com>; Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>
**Subject:** Re: Capital City Bank Notice of Breach

Eric –

On Monday, we plan to walk through the process that exists with Capital City to align and then talk to them about where any discrepancies may have come from and how they can be resolved.  Your client has all the materials that we will review.

We do plan to have business people from Brink's on the call to lead the discussion.  I did not see any business people from Capital City on the invite you sent, can you please confirm they will be in attendance?


Thank you,


**Connelia Savage**
(she/her)
SVP & General Counsel, North America
**O** +1 469-549-6102
**M** +1 469-496-7900


PRIDE♡

---

**From:** Edison, Eric <EEdison@gunster.com>
**Date:** Friday, November 11, 2022 at 1:57 PM
**To:** Connelia Savage <Connelia.Savage@brinksinc.com>, Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>, Corrinn Neal <Corrinn.Neal@brinksinc.com>, Peterson, Deborah <DPeterson@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

> **Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Savage,

Please confirm your attendance and who will be joining you.

Please forward all documentation you intend to review, *instanter*.

Please address all matters below (third request)



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

---

**From:** Edison, Eric
**Sent:** Thursday, November 10, 2022 5:02 PM
**To:** 'Connelia Savage' <Connelia.Savage@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Cc:** 'Gita Athreya' <Gita.Athreya@brinksinc.com>; 'Corrinn Neal' <Corrinn.Neal@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach
**Importance:** High

Ms. Savage,

I was just advised that Capital City Bank is available at **9:30 a.m. on Monday, November 14th.** We will send you a Microsoft teams invite.

In the interim, please address **all** matters set forth below.  Thank you.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

---

**From:** Edison, Eric
**Sent:** Thursday, November 10, 2022 3:27 PM
**To:** Connelia Savage <Connelia.Savage@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

Ms. Savage,

In my almost 20 years of practice, I have found it more productive to speak with counsel rather than go back and forth.  You have refused to speak.  Federal courts and many judges in Florida mandate that counsel speak rather than exchange e-mail.  I had hoped to discuss the following items which you have failed and continue to fail to address in every single correspondence.  I am trying to avoid judicial intervention, but it may be unavoidable due to your immediate failure to address the following.  The disconnect is as follows:

1. We provided 2 different meeting times, you advised you were not available.  I asked for 3-4 times on Thursday or Friday to schedule a call.  You provided only 1 time on Monday, Nov 14th.  Capital City Bank is not available. If Brinks wishes to have a call, please provide 3-4 times **by 9:30 am EST tomorrow** of availability on Friday

afternoon or Monday between 10:30 and 12:30 p.m or after 4pm.  If we don't hear from you, we will assume Brinks does not wish to have a phone call.  Again, please provide **multiple** times.

It will be 7 days since Brinks unilaterally cancelled a meeting with Capital City Bank.  You would agree that it should not take this long to schedule a meeting.

2. I asked to review the documentation that you wish to walk my client through.  I offered to have such documentation be provided under a mediation privilege.  You have not addressed or provided the documentation.  If we don't have the documentation to review, please explain why Capital City Bank should even schedule a call because it would appear Brinks is not serious about resolving this matter.  So, again, please address the request for information and/or provide same.

3. Capital City Bank has requested from you each and every example of the bank refusing to provide Brinks with information.  You have failed to address or provide same.

4. Capital City Bank has requested evidence of any other delay on the part of Capital City Bank.  You have failed to address or provide same.

5. Capital City Bank has requested reasoning why Brinks continues to hold money that does not belong to it, as set forth in our correspondence.  You have failed to provide any information.

In short, if we don't hear from you by 9:30 am EST tomorrow, we will assume that Brinks does not wish to resolve this matter.  There will not be any further follow ups.  Thank you.



**Eric C. Edison, Esq. |** Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
P 954-468-1331  C 954-261-1500
gunster.com    |    eedison@gunster.com

**From:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Sent:** Thursday, November 10, 2022 2:32 PM
**To:** Edison, Eric <EEdison@gunster.com>; Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>
**Subject:** Re: Capital City Bank Notice of Breach

Eric –

I am not available to call you immediately as you request.  I am and have been in meetings all day.  I am not sure what the disconnect is, I am trying to find a time for my team to meet with yours.  Please let me know if 9:30 am Monday morning works for you and your client.  This should be able to be resolved via email.

**Connelia Savage**
(she/her)
SVP & General Counsel, North America
**O** +1 469-549-6102
**M** +1 469-496-7900



PRIDE♡

---

**From:** Edison, Eric <EEdison@gunster.com>
**Date:** Thursday, November 10, 2022 at 1:16 PM
**To:** Connelia Savage <Connelia.Savage@brinksinc.com>, Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>, Corrinn Neal <Corrinn.Neal@brinksinc.com>, Peterson, Deborah <DPeterson@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

> **Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Savage,

There appears to be a disconnect between your office and mine.  Rather that continuously go back and forth, I strongly encourage you to call my office **immediately** to discuss this matter.  You can reach me at 954-468-1330 or 954-261-1500.  Thank you.



**Eric C. Edison, Esq. | Shareholder**
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

---

**From:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Sent:** Thursday, November 10, 2022 1:01 PM
**To:** Edison, Eric <EEdison@gunster.com>; Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>
**Subject:** Re: Capital City Bank Notice of Breach

Eric —

The Brink's team is available for a meeting Monday at 9:30 eastern time.  Please let me know if that time will work for you and your client

**Connelia Savage**
(she/her)
SVP & General Counsel, North America

O +1 469-549-6102
M +1 469-496-7900



**From:** Edison, Eric <EEdison@gunster.com>
**Date:** Wednesday, November 9, 2022 at 7:45 PM
**To:** Connelia Savage <Connelia.Savage@brinksinc.com>, Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>, Corrinn Neal <Corrinn.Neal@brinksinc.com>, Peterson, Deborah <DPeterson@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

**Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Savage:

Your emails are continuously vague.  This is evidences Brinks' lack of willingness to resolve this matter.

1.  What documentation do you need to walk me and my client through?  And, why can't you provide this documentation to us ahead of time so we can review it?   Please address this question specifically, and forward the documentation.  If you would like to forward the documentation under a mediation privilege, that is fine.  However, it is not equitable or productive to walk my client or me through numbers or documents we haven't seen before in real time.  However, if Brinks is serious about resolving this matter – please immediately provide us with the materials.

2.  We have provided you with two meeting times, and you have advised you are busy and provided us with zero times of your availability, despite advising that you would confirm a time.  This not an appropriate or professional way to treat an ongoing customer (for the moment) or its legal counsel.  It is difficult to receive your email after hours, wait for your client to get back to us back to us mid morning, drop everything, and then try and schedule a time.  To resolve, please provide us with multiple times (at least 3-4) on Thursday and Friday and we will choose one that meets our schedule.   Please provide us with the names of the individuals available for the call.  We do not agree to have this meeting on a Brinks electronic platform.

3.  You have not further addressed:  (i) issue of waiver; (ii) each and every example of Capital City Bank refusing to provide information; or (iii) evidence of any other delay on the part of Capital City Bank.  As such, I will assume that you have dropped such allegations, so we won't need to waste time discussing them.

I look forward to your immediate response.  Thank you.



**Eric C. Edison, Esq. | Shareholder**
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
P 954-468-1331  C 954-261-1500
gunster.com   |   eedison@gunster.com

7

**From:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Sent:** Wednesday, November 9, 2022 7:24 PM
**To:** Edison, Eric <EEdison@gunster.com>; Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>; Peterson, Deborah
<DPeterson@gunster.com>
**Subject:** Re: Capital City Bank Notice of Breach

Eric —

I met with the team today about this matter and look forward to walking you and your client through the
documentation. Finding a time when we can all meet is challenging, but we are trying move things around to find a time
that works this week. I know we have a conflict with tomorrow at 1:00pm, but the team is going to provide me with
alternative times by tomorrow mid-morning and I will send those to you as soon as I receive them.

We continue to look forward to meeting and resolving this issue.


**Connelia Savage**
(she/her)
SVP & General Counsel, North America
**O** +1 469-549-6102
**M** +1 469-496-7900



PRIDE♡

---

**From:** Edison, Eric <EEdison@gunster.com>
**Date:** Wednesday, November 9, 2022 at 11:17 AM
**To:** Connelia Savage <Connelia.Savage@brinksinc.com>, Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>, Corrinn Neal <Corrinn.Neal@brinksinc.com>, Peterson,
Deborah <DPeterson@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

**Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Savage,

Are you now withdrawing Brink's request for a meeting with Capital City Bank? **Please immediately clarify.**

Capital City Bank has been working diligently to resolve this problem with Brinks (and such problems remain ongoing)
since June/July 2022, so please refrain from insinuating that Capital City Bank has not attempted to resolve this
matter. Again, if you would like an outline of such meetings and evidence of same, I am happy to provide you with it.




**Eric C. Edison, Esq. | Shareholder**
Business Litigation

8

Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

**From:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Sent:** Wednesday, November 9, 2022 11:04 AM
**To:** Edison, Eric <EEdison@gunster.com>; Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>; Peterson, Deborah
<DPeterson@gunster.com>
**Subject:** Re: Capital City Bank Notice of Breach

Eric,

We have an internal meeting this afternoon and I will confirm after that meeting.  I truly hope you and your client will come to this meeting in the spirit of resolution.

**Connelia Savage**
(she/her)
SVP & General Counsel, North America
**O** +1 469-549-6102
**M** +1 469-496-7900



PRIDE♡

---

**From:** Edison, Eric <EEdison@gunster.com>
**Date:** Wednesday, November 9, 2022 at 10:49 AM
**To:** Connelia Savage <Connelia.Savage@brinksinc.com>, Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>, Corrinn Neal <Corrinn.Neal@brinksinc.com>, Peterson, Deborah <DPeterson@gunster.com>
**Subject:** Capital City Bank Notice of Breach

**Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Savage,

Thank you for your e-mail.

(1) I am uncertain what you mean by "approach".  Capital City Bank has already agreed to meet with Brinks to resolve this matter (and had done so multiple times). As indicated, Brinks unilaterally cancelled such meeting this past Friday and ceased communications with Capital City Bank.  As a means to mitigate its damages, Capital City Bank has and will continue to agree to meet with Brinks to resolve outstanding issues.  If you would like me to outline each of these meetings prior to tomorrow's meeting, please let me know.

(2) In preparation of the meeting, please provide me with each and every example of Capital City Bank refusing to provide information, as highlighted below.  Please provide specific emails and/or dates of conversations evidencing such refusal.

(3) **Capital City Bank is available, November 10, 2022 at 1:00 p.m.  Please confirm same by 2:00 p.m. today.  If confirmed, please provide us with the e-mail addresses of those participating so we may send a Teams Invite.**



**Eric C. Edison, Esq. | Shareholder**
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com     |     eedison@gunster.com

---

**From:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Sent:** Wednesday, November 9, 2022 10:28 AM
**To:** Edison, Eric <EEdison@gunster.com>; Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>
**Subject:** Re: Capital City Bank Notice of Breach

Eric —

I am glad Capital City is interested in this approach.  Unfortunately, I have a conflict at that time tomorrow, which I can not change.  Can you send some alternative times for Thursday and Friday this week?

**Connelia Savage**
(she/her)
SVP & General Counsel, North America
**O** +1 469-549-6102
**M** +1 469-496-7900



PRIDE♡

---

**From:** Edison, Eric <EEdison@gunster.com>
**Date:** Wednesday, November 9, 2022 at 9:43 AM
**To:** Connelia Savage <Connelia.Savage@brinksinc.com>, Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>, Corrinn Neal <Corrinn.Neal@brinksinc.com>, Peterson, Deborah <DPeterson@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

**Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Savage,

Capital City Bank is available Thursday, November 10th at 10:30 a.m.   Please confirm by 2:00 p.m. today.



**Eric C. Edison, Esq. | Shareholder**
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

---

**From:** Edison, Eric
**Sent:** Tuesday, November 8, 2022 3:24 PM
**To:** Connelia Savage <Connelia.Savage@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>
**Subject:** RE: Capital City Bank Notice of Breach

Ms. Savage,

Thank you for your e-mail.  I will speak to my client and get back to you.  However, let me directly respond to your e-mail so as to disabuse you of certain statements.

Brink's has already waived any claim that my client failed to notify Brink's in a timely fashion.  In fact, it is "legal chutzpah" to suggest that Capital City Bank was in fact late in advising Brinks of anything when Brinks – in violation of its Service Agreement - - unilaterally began depositing and crediting monies into a new account on my client's behalf.  It is difficult, if not impossible, to argue laches, when the underlying cause of this issue – was Brinks, itself.

With regard to your comment as to lack of confrontation, my client has been patiently waiting to resolve this matter, and Brinks has provided no information - - and just promises and incessant delay.  Your client can no longer continue to hold on to over $1.3 million dollars of my client's money, without any explanation - - particularly when Brinks has already admitted its own internal documents are unreliable.   Finally, Brinks scheduled and cancelled a call on Friday, and has been non-responsive to Capital City Bank recent inquiries (not including your email below).

As set forth below and above, I will speak to my client and get back to you shortly.

Thank you.



**Eric C. Edison, Esq. | Shareholder**
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

---

**From:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Sent:** Tuesday, November 8, 2022 3:09 PM
**To:** Edison, Eric <EEdison@gunster.com>; Bader, Gregory <GBader@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>
**Subject:** FW: Capital City Bank Notice of Breach

Mr. Edison,

I have received your communications with Gita Athreya. Gita is not available today, so in her absence I am responding to your latest email. In speaking with the Brink's team that has been working diligently on this issue, it appears that this process has been made much more difficult to resolve by your client's failure to notify us in a timely manner of any issue, as well as their refusal to provide appropriate documentation (including the information that was recently provided by your client). Despite this, we have been attempting to work in good faith with Capital City to try to resolve this issue.

While our approach is always to try to work it out with a customer in a collaborative and non-confrontational way, it appears that is not your desire. With that said, in an effort to come to a satisfactory resolution, we think it may be helpful to have a call which includes a business representative from each side as well as the attorneys for each side. Please let me know if your client would like to proceed with this approach and we can find a mutually agreeable time.

Yours truly,

**Connelia Savage**
(she/her)
SVP & General Counsel, North America
**O** +1 469-549-6102
**M** +1 469-496-7900



PRIDE♡

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Monday, November 7, 2022 4:31 PM
**To:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

> **Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Athreya,

I wanted to follow up with you. Your client unilaterally cancelled the meeting with Capital City Bank on Friday, and has not responded to inquires requesting an update. Please advise as to the status by noon tomorrow. Thank you.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com  |  eedison@gunster.com

**From:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Sent:** Friday, November 4, 2022 12:42 PM
**To:** Edison, Eric <EEdison@gunster.com>

**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

Hello Mr. Edison – our teams are working tirelessly to review all necessary data to reach a consensus on the issue. They have also been in constant touch with your client and updating them on the progress. I believe they are scheduled to meet today as well to provide an update on the status. As previously mentioned, this is a very complicated review process involving multiple transactions and we are confident that we can get you a resolution date soon. We appreciate your patience and understanding until we complete our review of the data. Thank you.

Regards,
**Gita Athreya**
Senior Counsel -- North America
**M** +1 804-467-2966
**O** +1 804-289-9627

Brink's Team - Visit the New Global Legal Intranet

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Friday, November 4, 2022 2:17 AM
**To:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

> **Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Athreya,

Thank you for your correspondence, but this is _not_ what we discussed.  As we discussed, (i) Brinks has been on notice of these issues since June 2022; (ii)there has been no evidence of Brinks trying to resolve or providing any evidence (including requested accounting) to resolve any matter, other than requests for additional information; (iii) our client only provided additional materials because Brinks reported that its own internal data was _unreliable_ and as a means to efficiently and quickly resolve this action; (iv) the evasiveness of a date certain to resolve this situation will unfortunately lead to immediate judicial intervention; and (v) you were supposed to touch base with me this afternoon, and I adjourned the telephone conversation this morning based upon such representation.  I will report your cancellation and email to my client, which again, may unfortunately lead to immediate judicial intervention.

I hope you immediately reconsider your email below and provide the information necessary to resolve this matter, _instanter_.  Your client can no longer continue to hold on to over $1.3 million dollars of my client's money, and we have every intention of seeking all damages (both under contract and in tort), including interest, and attorney's fees and costs.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation

Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

**From:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Sent:** Thursday, November 3, 2022 4:19 PM
**To:** Edison, Eric <EEdison@gunster.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

Mr. Edison,

As we have been discussing, since you notified us on Oct 24th of these issues, we have been working diligently to resolve them. Through those efforts, your client provided us with the data we needed last Friday, and we have been reviewing the information. I will absolutely update you as soon as we have a definitive response. Regardless, I will touch base with you early next week on the status.

Regards,
**Gita Athreya**
Senior Counsel – North America
**M** +1 804-467-2966
**O** +1 804-289-9627

Brink's Team - Visit the New Global Legal Intranet

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Friday, November 4, 2022 12:05 AM
**To:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

---

**Caution:** EXTERNAL EMAIL; use caution with links and attachments

---

Ms. Athreya,

So as to memorialize our conversation this morning, in part, please advise of a time this afternoon where we can continue our discussion.  The continuance is so you may consult with your business team and provide Capital City Bank with answers regarding when it can expect the immediate resolution of the issues outlined in our correspondence dated October 21, 2022.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation

Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
P 954-468-1331  C 954-261-1500
gunster.com    |    eedison@gunster.com

**From:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Sent:** Wednesday, November 2, 2022 10:03 PM
**To:** Edison, Eric <EEdison@gunster.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

Absolutely! How does 10.30 am ET sound?

Regards,
**Gita Athreya**
Senior Counsel – North America
**M** +1 804-467-2966
**O** +1 804-289-9627

Brink's Team - Visit the New Global Legal Intranet

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN
INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution,
or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this
email is not the intended recipient, please notify the sender immediately and delete the original email and/or
communication.

**From:** Edison, Eric <EEdison@gunster.com>
**Sent:** Thursday, November 3, 2022 3:11 AM
**To:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>
**Subject:** Capital City Bank Notice of Breach
**Importance:** High

> **Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Athreya,

Please advise of your availability **tomorrow** for a brief call in this matter.   It is imperative that we speak.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
P 954-468-1331  C 954-261-1500
gunster.com    |    eedison@gunster.com

**From:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Sent:** Wednesday, November 2, 2022 2:31 PM
**To:** Edison, Eric <EEdison@gunster.com>

15

**Cc:** Corrinn Neal <Corrinn.Neal@brinksinc.com>
**Subject:** RE: Capital City Bank Notice of Breach

Hello Mr. Edison,

Hope you are doing well. As you are aware, we have been working with your client for several months now to resolve these issues. We continue to look into this matter, and I am given to understand that the data requested by Brink's in order to understand the transactions better was provided by your client on the 28th of Oct. We are actively working on the provided data and should be able to come back to you soon with an update.

We appreciate your patience while we work through this, and we look forward to resolving these issues amicably at the earliest. In the meantime, if you have any concerns or questions, please do not hesitate to reach out to me. Thank you.

Regards,
**Gita Athreya**
Senior Counsel – North America
**M** +1 804-467-2966
**O** +1 804-289-9627

Brink's Team - Visit the New Global Legal Intranet

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**From:** Corrinn Neal <Corrinn.Neal@brinksinc.com>
**Sent:** Wednesday, October 26, 2022 8:09 PM
**To:** eedison@gunster.com
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>
**Subject:** Capital City Bank Notice of Breach

SENT ON BEHALF OF GITA ATHREYA – SENIOR COUNSEL

Attorney Edison,

Brink's is in receipt your notice dated October 26, 2022 in connection with customer, Capital City Bank.

We are looking into your allegations and will come back to you soon.

Please do not hesitate to contact Gita Athreya via email gita.athreya@brinksinc.com with a copy to corrinn.neal@brinksinc.com if you have any questions.

Thank you.

**Corrinn Neal**
Legal Support Coordinator & Project Manager
Brink's, Incorporated
555 Dividend Drive · Coppell, TX 75019 · USA
**O**  +1 469-549-6035
**M**  +1 469-416-9691
Corrinn.Neal@brinks.com

THIS COMMUNICATION IS INTENDED SOLELY FOR THE INDIVIDUAL(S) TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE.  Use, dissemination, distribution, or reproduction of this email by unintended recipients is strictly prohibited and may be unlawful.  If the reader of this email is not the intended recipient, please notify the sender immediately and delete the original email and/or communication.

**Edison, Eric**

**Subject:**          FW: Capital City Bank Notice of Breach

**Importance:**       High

**EXHIBIT**

**From:** Edison, Eric
**Sent:** Wednesday, November 16, 2022 9:06 AM
**To:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>; Tara Team <Tara.Team@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>
**Subject:** Capital City Bank Notice of Breach
**Importance:** High

Ms. Savage,

On behalf of Capital City Bank ("CCB"), let me take the opportunity to respond to your e-mail. So that there is no confusion, I have added my two correspondences to you on Monday, November 14th at 11:48 a.m. and 4:56 p.m., which are needed for context. This e-mail responds to your correspondence, after hours, at 6:01 p.m below. First, CCB wishes to disabuse Brinks of the notion that CCB must prove that the money/claims it has claimed belongs to CCB. Brinks has already admitted and conceded that its' internal records cannot be relied upon. Second, your email evidences that neither you nor Brinks has thoroughly reviewed the materials that CCB has already provided to Brinks since August 2022. After almost three months, and a forensic review that was allegedly conducted, the lack of work by Brinks is disappointing and evidences a breach of good faith. With regard to the document requests, they are discussed below.

1. **Request for "Corresponding Documents"**: CCB has already provided NCR Content Reports and NCR Audit Logs for each and every claim, and such material was uploaded to Brinks' portal in August 2022. Further, upon the request of Aaron Cheney, CCB also provided separately to Brinks on October 28, 2022 NCR Audit Logs for a broader range of dates to assist Brink's in the forensic review coordinated by Mr. Cheney.

2. **Request for CCB's General Ledgers**: This request is overly broad and will not be useful to Brinks to help resolve this matter, as a request for such documents is akin to a fishing expedition. More importantly, Brinks already has documentation for the outbound entries posted to the CCB's Truist Correspondent Account via your own Brink's Consolidated Activity Reports for CCB's x-7048 account. CCB has no access to any activity within the x-5000 bulk account (which has been previously requested by CCB).

3. **Outbound Truist inventory**: At Brinks' request, we are providing the Truist Correspondent Account statements which support all outbound debits for each and every one of the claims submitted by CCB (except as provided below). See sharefile link below (if you can't access this sharefile link, it is imperative that Brinks or your office contact the undersigned immediately).

https://www.secureonlinetransfer.com/pickup/pickup/ID/77f203bbed1aa88b5773ea3c0d6117d106349e6903b350a56c75a400ae5052b7 9939d5f25f334ea4

With regard to the 2 examples provided to CCB, they are not indicative of all the claims asserted herein. First, with regard to the March 9, 2022 claim, after 3 months, Brinks finally provided via your email evidence of proof of delivery of the $31,000 in funds. As such, CCB is withdrawing that particular claim. Notwithstanding, each and every other claim is supported by the documents that have been uploaded, previously provided, or provided herein. With regard to the second example in the *pdf provided, the discrepancy is evidence of Brinks not serving CCB's ITM's properly (which is an

1

ongoing problem). In such example, while $218,044 was the standing Load amount directed by CCB and may have been placed into the machine, it is likely Brinks did not enter the Load amount correctly into the terminal, which is its own negligence. We would like to discuss this matter further with you.

Based upon the foregoing, and additional information provided herein:

(1) No additional documentation should be needed to resolve the outstanding claims filed by CCB;

(2) Brinks must review and resolve all claims by COB by Friday, 11/18/22;

(3) CCB will make its team available all day Wednesday (11/16), Thursday (11/17), and Friday (11/18) to address any questions by Brinks as to the additional materials provided and go through each and every claim. It is our suggestion that communication be directed to CCB by Mr. Johnson and not through your office.

(4) If CCB does not receive its funds (and applicable interest) by 5pm on Friday, Nov. 18th, it will move forward with judicial intervention.

While the short turn-around time may not be convenient, it is unfortunately the result of delays by Brinks and its counsel. We look forward to your immediate response.



**Eric C. Edison, Esq. | Shareholder**
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

**From:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Sent:** Monday, November 14, 2022 6:01 PM
**To:** Edison, Eric <EEdison@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Tara Team <Tara.Team@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>; Bader, Gregory <GBader@gunster.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>
**Subject:** Re: Capital City Bank Notice of Breach

Eric –

Thank you and Capital City for the call this morning. As we discussed, I have attached the document that we reviewed on the call which outlines the work the Brink's team has done to attempt to resolve these issues for Capital City, and identifying where additional information is still needed.

On the call Capital City asked for more specifics regarding additional information that is needed. As shown by the examples in the attached document, each item in the letter from Capital City is tied to an out of balance that Capital City associated with their General Ledger or debits/credits provided in their bank statements from Truist. Brinks has not been provided the General Ledger documentation or bank statements. Without those we can only provide Brink's portion of the transaction that shows us as in balance to the physical inventory being reported. Therefore, Brink's needs the following information:

- The corresponding document that shows where the difference is that Capital City is identifying for each item in the letter.
- Documentation showing service to a terminal was completed. As in the example provided this morning (and in the attached) there is no corresponding outbound or debit from the Truist inventory to have provided that service for the dates in question. Specifically, where Capital City shows residual coming back from an ATM, there must be a corresponding outbound debit that shows the replacing funds so the residual can be returned.
- In both examples, the total shown on the Electronic Journals (for all transactions) does not match the total shown on the printed receipt. In addition, in neither case is there an outbound from the Truist inventory, which would be necessary for Brink's to perform the replenishment. These discrepancies indicate that there is some missing information needed in order to effectively resolve the claims. We need to work with Capital City to determine this missing information.

As for next steps, Scott suggested on the call that the most efficient way to resolve the outstanding issues is a call with the business leaders to walk through the transactions and documentation described above. I know you said you needed to talk with Capital City to determine if they would be willing to do this or instead they wished to pursue litigation, as you have repeatedly threatened. We certainly believe the approach suggested by Scott is the most appropriate solution at this point and hope Capital City feels the same.

I look forward to talking with you and Capital City again soon to resolve this.


**Connelia Savage**
(she/her)
SVP & General Counsel, North America
**O** +1 469-549-6102
**M** +1 469-496-7900





**Eric C. Edison, Esq. | Shareholder**
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com   |   eedison@gunster.com

**From:** Edison, Eric
**Sent:** Monday, November 14, 2022 4:56 PM
**To:** 'Connelia Savage' <Connelia.Savage@brinksinc.com>
**Cc:** Bader, Gregory <GBader@gunster.com>; 'Gita Athreya' <Gita.Athreya@brinksinc.com>; 'Corrinn Neal' <Corrinn.Neal@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>; 'Tara Team' <Tara.Team@brinksinc.com>
**Subject:** RE: Capital City Bank Notice of Breach -- Request for Information

3

Ms. Savage,

It has been several hours since our meeting this morning, and Brinks still has <u>not</u> forwarded the document created by Mr. Scott Johnson.  If Brinks cannot follow up and make good on its promises in good faith, it makes it difficult, if not impossible, for my client to consider continuing the resolution process with Brinks.  Professional courtesy dictates that you respond with the document, *instanter*.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331 **C** 954-261-1500
gunster.com   |   eedison@gunster.com

**From:** Edison, Eric
**Sent:** Monday, November 14, 2022 11:48 AM
**To:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Cc:** Bader, Gregory <GBader@gunster.com>; Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>; Tara Team <Tara.Team@brinksinc.com>
**Subject:** Capital City Bank Notice of Breach -- Request for Information

Ms. Savage,

This correspondence shall partially memorialize our telephone call this morning.  During the telephone call, Brinks indicated that it needed *additional* information from Capital City Bank, as set forth in a two-page *pdf created by Scott Johnson.  As previously quested *prior to* the call today and *during the call today*, please provide the undersigned, the document created by Mr. Johnson so that CCB can review same.  You specifically agreed to provide this document, and we have yet to receive it.

It is imperative that Brinks, as a sign of good faith, timely provide information it has already agreed to produce.

Thank you.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331 **C** 954-261-1500
gunster.com   |   eedison@gunster.com

**Edison, Eric**

**Subject:**                          FW: Capital City Bank Notice of Breach

**From:** Edison, Eric
**Sent:** Thursday, November 17, 2022 2:51 PM
**To:** 'Connelia Savage' <Connelia.Savage@brinksinc.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>; Tara Team <Tara.Team@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

Ms. Savage —We welcome you to provide the bank with any and all exemplars of what is not accurate so that we can have clear understanding of what Brinks feels is incorrect.  If we don't receive any, we will assume, no inaccuracies exist.  We strongly encourage Brinks to resolve the matter as requested.  Capital City Bank remains ready, willing and able to address any questions that arise.



**Eric C. Edison, Esq. | Shareholder**
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
**P** 954-468-1331  **C** 954-261-1500
gunster.com    |    eedison@gunster.com

**From:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Sent:** Thursday, November 17, 2022 2:39 PM
**To:** Edison, Eric <EEdison@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>; Tara Team <Tara.Team@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>
**Subject:** Re: Capital City Bank Notice of Breach

Eric —

Your responses are factually inaccurate.  However, it is not productive to engage in email exchanges back and forth disputing each and every issue — the documents and communications speak for themselves.

As I said previously, we are working diligently on reviewing the materials that Capital City provided Monday and are attempting to get what we can back to Capital City by the end of the week.  If there are meetings with Capital City needed, we will reach out to you.

**Connelia Savage**
(she/her)
SVP & General Counsel, North America
**O** +1 469-549-6102
**M** +1 469-496-7900



1



---

**From:** Edison, Eric <EEdison@gunster.com>
**Date:** Thursday, November 17, 2022 at 2:23 PM
**To:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>, Corrinn Neal <Corrinn.Neal@brinksinc.com>, Bader, Gregory <GBader@gunster.com>, Tara Team <Tara.Team@brinksinc.com>, Peterson, Deborah <DPeterson@gunster.com>
**Subject:** RE: Capital City Bank Notice of Breach

> **Caution:** EXTERNAL EMAIL; use caution with links and attachments

Ms. Savage,

I will respond briefly to your 9:17 p.m. email, as several of your statements are unfortunately mistaken and somewhat inflammatory.  We are concerned that, as Brinks's counsel, you are preventing this matter from being resolved.  Capital City Bank was available yesterday and remains ready, willing and able to speak to Brinks at any time today or tomorrow.  However, we have not received any notification from your office to schedule such call.  **We strongly encourage Brinks to reach out and schedule a call to discuss any questions it has regarding the materials provided based on our email of November 16th, below.**

1. The call on Monday (as identified by you) was " to align our customer (your client) on the processes associated with the services provided, discuss where any discrepancies may have come from and, most important, align on a resolution path."  It did none of those things.  Capital City Bank  listened to how Brinks addressed only 2 partial claims (as exemplars), and after 3 months and an alleged forensic review, Brinks demanded more information and had no answers.  As you stated, "we tried to give examples of what is missing and what we are trying to do."  But, what was undisputed is that you provided no answers.   In good faith, and based on the information provided during the call, Capital City Bank did withdraw one claim.

   Omitted from your e-mail below was that Capital City Bank **requested documents from Brinks prior to the call** so it could review them and engage with Brinks, but you <u>refused</u> to produce them. You stated that "We do not have any materials to provide ahead of time." So, Capital City Bank was certainly surprised when Mr. Johnson provided a 2 page detailed PDF (despite your assertion), and you didn't provide a copy until 6pm after the 9:30 a.m. call.  Brinks chose not to share its materials with Capital City Bank, so suggesting Capital City Bank was reticent or did not engage in the call on Monday is inflammatory and disrespectful to the hard working Capital City professionals.

2. Despite your statements below, Capital City Bank raised multiple issues during the call:

   a. Capital City inquired why Aaron Cheney and Evie Chatty were not on the call:  Your explanation was that you didn't want too many people on the call to avoid confusion.  Of course, having 3 attorneys on the call (from your office) belied such response. Then you advised you would be updating Evie Chatty after the call.  Certainly, Aaron would have advised you of the detailed information Capital City Bank already produced and as well as the forensic work that was done.  Yet you still drafted an email to Capital City Bank that advised that Brinks needed information it already had in its possession.  There has been no indication of Evie's or Aaron's continued involvement.

b.  Capital City Bank advised the resolution process Brinks has in place is the problem, and that Capital City Bank needed answers **immediately**.  Capital City Bank inquired why Brinks' proposal for resolution was different from the prior efforts made (this was not answered).

c.  Capital City Bank advised that it provided all the information Brinks had previously asked for.  This was not disputed.

d.  Capital City Bank specifically asked for what information was needed by Brinks?  Brinks advised it needed access to the outbound debts noted on its Truist Statements, and to understand how there is a shortage.  This information has been provided.

e.  Capital City Bank specifically advised it would speak with its management and advise whether the process proposed by Brinks was acceptable.  Our response regarding the process is below and speaks for itself.

3.  Brinks has had 3 months to resolve this matter; has been in receipt of materials from Capital City Bank; and has been in a position to request additional ones.  Based upon same, Capital City's demands are more than reasonable.  Yet, it appears that Brinks has done nothing to resolve this matter, despite advising to the contrary.

4.  In the past, Capital City Bank and Brinks have had multiple telephone calls without counsel present.  Capital City Bank has no objection to speaking with Brinks without any counsel, present, because it believes that doing so may result in a more efficient means to resolve this matter so that meetings do not need to be coordinated with 3 attorneys from your office.   Its members stand ready, willing and able to meet with any team members with Brinks today or tomorrow.  If Brinks decides it wants counsel present, then Capital City Bank has indicated that it would like me and/or Greg Bader to be available.

We hope Brinks decides to reach out and resolve this matter prior to COB on Friday.  Thank you.



**Eric C. Edison, Esq.** | Shareholder
Business Litigation
Las Olas Centre, 450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301-4206
P 954-468-1331  C 954-261-1500
gunster.com   |   eedison@gunster.com

**From:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Sent:** Wednesday, November 16, 2022 9:16 PM
**To:** Edison, Eric <EEdison@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Corrinn Neal <Corrinn.Neal@brinksinc.com>; Bader, Gregory <GBader@gunster.com>; Tara Team <Tara.Team@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>
**Subject:** Re: Capital City Bank Notice of Breach

Eric,

Thank you for your response.  I am disappointed, and concerned, that Capital City Bank did not raise any of the concerns you state below regarding the requested documentation, or even substantively engage in the discussions during the call Monday morning.  Certainly, it would have more been more

effective, and efficient, to discuss any concerns while Brink's had the appropriate leaders on the phone.

Nevertheless, we appreciate Capital City Bank's willingness to engage in discussions this week and to provide the information below. Our team is reviewing this information and pulling together all of the relevant documentation and research in a format that can clearly outline the work done to date, as well as any specific information still needed. Of course, the team is working diligently on this issue, but as we stated on the call Monday, we anticipate it will likely take 2 weeks to pull everything together (a timeline no one from Capital City Bank, or you, objected to on the call). However, we do understand Capital City Bank's desire to resolve this as quickly as possible (which is our desire as well) and therefore will continue working in good faith to get as much done as possible this week. Once we have had time to review the information provided in the link below we should have a better time estimate. Given (a) the information provided today, (b) our discussion regarding timing on the call Monday, and (c) Capital City Bank's apparent understanding that they may need to be available all day Friday in order to work with Brink's to even determine *if* there is a dispute of funds, your demand for payment of any such funds on Friday is simply unreasonable.

Unfortunately, since Capital City has engaged counsel and has repeatedly threatened judicial intervention, all communications related to this issue will need to include Brink's legal counsel. However, it is unclear if you or your firm intend to be present during these discussions as well, therefore please confirm if Capital City Bank is waiving its right to have counsel present during any of these calls.

Again, we appreciate Capital City Bank's willingness to work with us to resolve their concerns. I look forward to your response on the need for Capital City Bank counsel on any calls.

**Connelia Savage**
(she/her)
SVP & General Counsel, North America
**O** +1 469-549-6102
**M** +1 469-496-7900



PRIDE♡

**Edison, Eric**

**Subject:** FW: Capital City Bank Notice of Breach

**From:** Connelia Savage <Connelia.Savage@brinksinc.com>
**Sent:** Friday, November 18, 2022 4:55 PM
**To:** Edison, Eric <EEdison@gunster.com>
**Cc:** Gita Athreya <Gita.Athreya@brinksinc.com>; Bader, Gregory <GBader@gunster.com>; Tara Team
<Tara.Team@brinksinc.com>; Peterson, Deborah <DPeterson@gunster.com>
**Subject:** Re: Capital City Bank Notice of Breach

Eric —

I spoke with our team just now.  The new information Capital City provided after our call this week
was very helpful.  With this new information, we have been able to match up a large number of the
transactions.  We anticipate we will be able to complete the final transaction review over the
weekend.

I will update you on Monday.  Hope you have a great weekend.

**Connelia Savage**
(she/her)
SVP & General Counsel, North America
**O** +1 469-549-6102
**M** +1 469-496-7900





1